| Fill in this information to identify the case: | |
|---|---|
| Debtor Name | **Roberson Cartridge Co., LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known): | **22-20192-7** |

☐ Check if this is an amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B.................................................................................... **$5,000,000.00**

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B.................................................................................. **$11,580,231.16**

   1c. **Total of all property**
   Copy line 92 from Schedule A/B.................................................................................... **$16,580,231.16**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D..................... **$5,654,835.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F............................................... **$18,991.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F............................. + **$406,420.84**

4. **Total liabilities**
   Lines 2 + 3a + 3b........................................................................................... **$6,080,246.84**