| Fill in this information to identify the case | |
|---|---|
| Debtor name | Roberson Cartridge Co., LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS |
| Case number (if known) | 22-20192-7 |

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?
   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor                            Current value of debtor's interest

2. Cash on hand

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | ANB Investment Acct #9470 used by Matador to fund RCC (John Greer). Debtor is Beneficial Owner | Investment | 9 4 7 0 | $10,983.63 |
| 3.2. | ANB Lock Box acct #9500 (John Greer at Matador controls acct) Debtor is the Beneficial Owner (Account used by clients for website purchase deposits on product). | Lock Box Account | 9 5 0 0 | Unknown |
| 3.3. | ANB Checking account # 9462 - Operating account | Checking account | 9 4 6 2 | $0.00 |
| 3.4. | FirstBank Southwest Checking account # 3472 | Checking account | 3 4 7 2 | $93.62 |
| 3.5. | ANB New Operating Acct 7071. In August 2022 Bank account set up by Matador (John Greer) for payroll and tax deposits. | Checking account | ___ ___ ___ ___ | Unknown |
| 3.6. | Happy State Bank Checking Acct# 5421 | Checking account | ___ ___ ___ ___ | $839.00 |

Official Form 206A/B          Schedule A/B: Assets -- Real and Personal Property                page 1

Debtor  **Roberson Cartridge Co., LLC**  Case number (if known) __22-20192-7__
Name

4. **Other cash equivalents**  *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.   $11,916.25

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

   Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. Completion of FATon the Bliss Munitions Equipment floor - progress payment due of $450,000.00 - (NO EQUPIMENT RECEIVED)
   BLISS Munitions Equipment (Bravo Mike Holdings LLC) - Munitions.
   A credit toward other equipment may be possible, but the deposit is not refundable according to documentation received from BLISS.   $450,000.00

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. Concast Metal Products credit on returned products. A credit toward other equipment may be possible, but the deposit is not refundable. (This is raw material - brass)   $35,845.91

   8.2. PT Solutions credit on returned products. A credit toward other equipment may be possible, but the deposit is not refundable.   $194.00

9. **Total of Part 2.**
   Add lines 7 through 8. Copy the total to line 81.   $486,039.91

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**
    ☐ No. Go to Part 4.
    ☑ Yes. Fill in the information below.

    Current value of debtor's interest

11. **Accounts receivable**

    11a. 90 days old or less:  __$43,526.00__  −  __$10,000.00__  = ............→  $33,526.00
         face amount              doubtful or uncollectible accounts

    11b. Over 90 days old:  __$0.00__  −  __$0.00__  = ............→  $0.00
         face amount              doubtful or uncollectible accounts

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.   $33,526.00

## Part 4: Investments

13. **Does the debtor own any investments?**
    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

Debtor  **Roberson Cartridge Co., LLC**  Case number (if known) 22-20192-7
       Name

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. Mutual funds or publicly traded stocks not included in Part 1

   Name of fund or stock:

15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture

   Name of entity:                  % of ownership:

16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1

   Describe:

17. **Total of Part 4**
    Add lines 14 through 16. Copy the total to line 83.                                    **$0.00**

### Part 5: Inventory, excluding agriculture assets

18. Does the debtor own any inventory (excluding agriculture assets)?

    ☐ No. Go to Part 6.
    ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. Raw materials | | | | |
| Raw Materials<br>.625" rod  $55,193<br>.875  rod  $15,872<br>1.25 rod  $17,650<br>Other raw material $223,607<br>(Balance Sheet 09/30/22 attached) | | | Balance Sheet as of 09/30 | $321,322.00 |
| 20. Work in progress | | | | |
| WIP Inventory<br>These figures will be amended or supplemented upon update from CPA<br>(Balance Sheet 09/30/22 attached) | | | Balance Sheet as of 09/30 | $8,029.00 |
| 21. Finished goods, including goods held for resale | | | | |
| FG Inventory<br>These figures will be amended or supplemented upon update from CPA<br>(Balance Sheet 09/30/22 attached) | | | Balance Sheet as of 09/30 | $36,555.00 |
| Scrap Inventory<br>These figures will be amended or supplemented upon update from CPA<br>(Balance Sheet 09/30/22 attached) | | | | $4,000.00 |
| 22. Other inventory or supplies | | | | |
| Machinery & Equipment<br>These figures will be amended or supplemented upon update from CPA<br>(Balance Sheet 09/30/22 attached) | | | Balance Sheet as of 09/30 | $1,217,512.00 |

Debtor **Roberson Cartridge Co., LLC**
_____
Name

Case number (if known) **22-20192-7**

### 23. Total of Part 5
Add lines 19 through 22. Copy the total to line 84.

**$1,587,418.00**

### 24. Is any of the property listed in Part 5 perishable?
☒ No
☐ Yes

### 25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?
☒ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

### 26. Has any of the property listed in Part 5 been appraised by a professional within the last year?
☒ No
☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

### 27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?
☒ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. Crops--either planted or harvested | | | |
| 29. Farm animals *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. Farm machinery and equipment (Other than titled motor vehicles) | | | |
| 31. Farm and fishing supplies, chemicals, and feed | | | |
| 32. Other farming and fishing-related property not already listed in Part 6 | | | |

### 33. Total of Part 6.
Add lines 28 through 32. Copy the total to line 85.

**$0.00**

### 34. Is the debtor a member of an agricultural cooperative?
☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
   ☐ No
   ☐ Yes

### 35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?
☐ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

### 36. Is a depreciation schedule available for any of the property listed in Part 6?
☐ No
☐ Yes

### 37. Has any of the property listed in Part 6 been appraised by a professional within the last year?
☐ No
☐ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

### 38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?
☐ No. Go to Part 8.
☒ Yes. Fill in the information below.

Debtor  **Roberson Cartridge Co., LLC**  Case number (if known) __22-20192-7__
　　　　Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. Office furniture | | | |
| 40. Office fixtures | | | |
| 41. Office equipment, including all computer equipment and communication systems equipment and software | | | |
| Machine Software<br>These figures will be amended or supplemented upon update from CPA<br>(Balance Sheet 09/30/22 attached) | | Balance Sheet as of 09/3 | $25,108.00 |
| 42. Collectibles  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
    Add lines 39 through 42.  Copy the total to line 86.　　　　　　　　　　　　　　　　$25,108.00

44. Is a depreciation schedule available for any of the property listed in Part 7?
    ☒ No
    ☐ Yes

45. Has any of the property listed in Part 7 been appraised by a professional within the last year?
    ☒ No
    ☐ Yes

## Part 8:  Machinery, equipment, and vehicles

46. Does the debtor own or lease any machinery, equipment, or vehicles?
    ☐ No. Go to Part 9.
    ☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 48. Watercraft, trailers, motors, and related accessories Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. Aircraft and accessories | | | |
| 50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | | | |
| Furniture & fixtures; shelving; file cabinets; desks (Balance Sheet 09/30/22 attached) | | Balance Sheet 09/30/22 | $61,223.00 |
| Lease purchase: Forklift; optical comparator by Keyence (See Schedule H) | | | $75,000.00 |

51. **Total of Part 8.**
    Add lines 47 through 50.  Copy the total to line 87.　　　　　　　　　　　　　　　　$136,223.00

52. Is a depreciation schedule available for any of the property listed in Part 8?
    ☒ No
    ☐ Yes

| Debtor | Roberson Cartridge Co., LLC | Case number (if known) | 22-20192-7 |
|---|---|---|---|
| | Name | | |

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

# Part 9: Real property

**54. Does the debtor own or lease any real property?**
☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. 14711 Garrison St<br>Amarillo, TX 79118<br><br>14711 Garrison St, Amarillo, TX 79118<br>Legal Desc: CANYON RIDGE #4 LOTBLOCK 0005 1 THRU 4 & SEC 64 TYLER TAP BLK 0001, 25.20 AC TR BEG AT SW COR OF LOT 1 BLK 5 CANYON RIDEG #4 LESS 1.75 AC IN ROW, 23.45 ACRES<br><br>THE VALUE SHOWN IS ACCORDING TO MARKET VALUE IN EXCESS OF $5,000,000 BASED ON RECENT INCREASES & REALTOR'S OPINION<br><br>Value listed is by ANB appraisal. Appraised by Rachel Shreffler, Real Estate Broker | Fee Simple | | Appraised value | $5,000,000.00 |

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.    $5,000,000.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☑ Yes

# Part 10: Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**
☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

Debtor  **Roberson Cartridge Co., LLC**  Case number (if known) 22-20192-7
        Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets | | | |
| Trademark for RCC Brass | | | Unknown |
| Trademark for Benchrest grade BRG | | | Unknown |
| Patent pending - Redesign cartridge case, internal combustion chamber - value will increase if approved. This estimate is based on 5 years of royalties for all future uses of the patent. Market value at auction, after normal and reasonable advertising is unknown. | | | $5,000,000.00 |

61. Internet domain names and websites

62. Licenses, franchises, and royalties

63. Customer lists, mailing lists, or other compilations

64. Other intangibles, or intellectual property

65. Goodwill

66. **Total of Part 10.**
    Add lines 60 through 65. Copy the total to line 89.                              **$5,000,000.00**

67. Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?
    ☑ No
    ☐ Yes

68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?
    ☑ No
    ☐ Yes

69. Has any of the property listed in Part 10 been appraised by a professional within the last year?
    ☑ No
    ☐ Yes

### Part 11: All other assets

70. Does the debtor own any other assets that have not yet been reported on this form?
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ☑ Yes. Fill in the information below.

                                                                                    Current value of
                                                                                    debtor's interest
71. Notes receivable

    Description (include name of obligor)

72. Tax refunds and unused net operating losses (NOLs)

    Description (for example, federal, state, local)

73. Interests in insurance policies or annuities

| Debtor | Roberson Cartridge Co., LLC | Case number (if known) | 22-20192-7 |
|---|---|---|---|
| | Name | | |

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

Matador Brass Partners LLC - induced Debtor to execute a contract based on misrepresentations of Matador's ability to fund a line of credit; and later induced Debtor to purchase equipment with contractual installments, based on misrepresentations of Matadors ability to fund the purchase. The value of this claim is an offset to any claim of Matador against Debtor for money loaned to Debtor. Matador is inextricably entertwined in the business and management of Debtor with regard to financing equipment purchases of Debtor and is liable under the Texas Deceptive Trade Practice Act for actual damages of 4.3 million and for treble damages. Withholding capital and payments to creditors, when cash was in Lock Box or Investment accounts controlled by Matador but owned by Debtor.   $4,300,000.00

Nature of claim        Breach of Contract, fraud, DTPA

Amount requested    $4,300,000.00

Conversion of Intellectual property and/or corporate opportunity based on information and belief and communications about use of Debtor's IP. The extent of damage and value thereof is not known at this time.
(Last names only): Cantu, Barrientos, Greer, O'Steen, Reed, McGuire (addresses available upon request)   Unknown

Nature of claim        Conversion

Amount requested

John Greer & Matthew Osteen - for unauthorized access to and use of Debtor's intellectual property. The extent of damages is not known at this time.   Unknown

Nature of claim        Conversion

Amount requested

**75.** Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims

**76.** Trusts, equitable or future interests in property

**77.** Other property of any kind not already listed  *Examples:* Season tickets, country club membership

**78.** Total of Part 11.
Add lines 71 through 77. Copy the total to line 90.   $4,300,000.00

**79.** Has any of the property listed in Part 11 been appraised by a professional within the last year?
☑ No
☐ Yes

Debtor **Roberson Cartridge Co., LLC**   Case number (if known) __22-20192-7__
Name

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $11,916.25 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $486,039.91 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $33,526.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $1,587,418.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $25,108.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $136,223.00 | |
| 88. Real property. *Copy line 56, Part 9.* ➔ | | $5,000,000.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $5,000,000.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $4,300,000.00 | |
| 91. Total. Add lines 80 through 90 for each column. | 91a. $11,580,231.16 + 91b. | $5,000,000.00 |

92. Total of all property on Schedule A/B. Lines 91a + 91b = 92..................................... $16,580,231.16

| | |
|---|---|
| 12:10 PM | **Roberson Cartridge Company, LLC.** |
| 10/27/22 | **Balance Sheet** |
| Accrual Basis | **As of September 30, 2022** |

|  | Sep 30, 22 |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Checking/Savings** | |
|       1000-01 · ANB Operating | -1,308.58 |
|       1000-02 · ANB- Investment Acct 9470 | 10,968.63 |
|       1000-03 · ANB- Lockbox Acct 9500 | 153.98 |
|       1000-05 · ANB New Op Acct 7071 | -19,932.01 |
|       1000-06 · RCC LLC FBSW | 5,192.02 |
|     **Total Checking/Savings** | -4,925.96 |
|     **Accounts Receivable** | |
|       11000 · Accounts Receivable | 43,526.20 |
|     **Total Accounts Receivable** | 43,526.20 |
|     **Other Current Assets** | |
|       12000 · Undeposited Funds | 6,765.45 |
|       1211 · Deposits on Equipment | 526,511.74 |
|       1300 · Raw Material Inventory | |
|         Raw Materials .625" rod | 55,192.88 |
|         Raw Materials .875" rod | 15,872.34 |
|         Raw Materials 1.25" rod | 17,649.72 |
|         1300 · Raw Material Inventory - Other | 232,607.49 |
|       **Total 1300 · Raw Material Inventory** | 321,322.43 |
|       1311 · WIP Inventory | 8,029.00 |
|       1321 · FG Inventory | 36,555.35 |
|       1350 · Scrap Inventory | 102,259.97 |
|       1700 · Machine Software | 25,108.09 |
|     **Total Other Current Assets** | 1,026,552.03 |
|   **Total Current Assets** | 1,065,152.27 |
|   **Fixed Assets** | |
|     1500 · Furniture and Fixtures | 61,223.31 |
|     1511 · Machinery and Equipment | 1,217,512.05 |
|     1521 · Building/Improv- Garrison | 1,948,312.39 |
|     1531 · Vehicles and Trailers | 9,012.44 |
|     1600 · Land- Garrison | 81,000.00 |
|     17000 · Accumulated Depreciation | -412,943.52 |
|   **Total Fixed Assets** | 2,904,116.67 |
| **TOTAL ASSETS** | 3,969,268.94 |
| **LIABILITIES & EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       **Accounts Payable** | |
|         20000 · Accounts Payable | -5,145.02 |
|       **Total Accounts Payable** | -5,145.02 |
|       **Credit Cards** | |
|         2105 · ANB credit card account | -44.60 |
|       **Total Credit Cards** | -44.60 |

12:10 PM
10/27/22
Accrual Basis

# Roberson Cartridge Company, LLC.
## Balance Sheet
### As of September 30, 2022

|  | Sep 30, 22 |
|---|---:|
| **Other Current Liabilities** | |
| 2011 · Sales Tax Payable | 991.45 |
| 2016-01 · Payroll Liabilities | 18,151.26 |
| 2050 · Customer Deposits | 182,687.97 |
| 2100-01 · CNC Associates Inc loan | 10,125.09 |
| 2100-02 · Happy State Bank loan | 52,284.55 |
| 2100-03 · NewLane Finance loan | 67,245.12 |
| 2200 · Matador Brass Part conv loan | 4,364,000.00 |
| **Total Other Current Liabilities** | 4,695,485.44 |
| **Total Current Liabilities** | 4,690,295.82 |
| **Long Term Liabilities** | |
| 2300 · ANB Building loan | 1,232,548.64 |
| **Total Long Term Liabilities** | 1,232,548.64 |
| **Total Liabilities** | 5,922,844.46 |
| **Equity** | |
| 3000 · Jeff Equity | |
| 3200 · Class A Units | 688,778.02 |
| Total 3000 · Jeff Equity | 688,778.02 |
| 30000 · Opening Balance Equity | 23,380.73 |
| 32000 · Retained Earnings | -1,706,650.04 |
| Net Income | -959,084.23 |
| **Total Equity** | -1,953,575.52 |
| **TOTAL LIABILITIES & EQUITY** | 3,969,268.94 |