**Fill in this information to identify the case:**

Debtor name **Roberson Cartridge Co., LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **22-20192-7**
(if known)

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Creditor's name**<br>**Amarillo National Bank** | **Describe debtor's property that is subject to a lien**<br>**14711 Garrison St, Amarillo** | $1,232,550.00 | $5,000,000.00 |

**2.1**

**Creditor's name**
**Amarillo National Bank**

**Creditor's mailing address**
**PO Box 1**

_____

_____

Amarillo          TX    79105

**Creditor's email address, if known**

_____

**Date debt was incurred**    08/19/2021

**Last 4 digits of account number**          ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

**14711 Garrison St, Amarillo**

**Describe the lien**

.

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $5,654,835.00

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) **22-20192-7** |
|---|---|---|

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines
sequentially from the previous page.

**2.2** **Creditor's name**
**CNC Associates**

Creditor's mailing address
**2900 Challenger Place**

**Oxnard          CA    93030**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account
number                    ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes. Have you already specified the
relative priority?

☐ No. Specify each creditor, including this
creditor, and its relative priority.

☐ Yes. The relative priority of creditors is
specified on lines _____

**Describe debtor's property that is**
**subject to a lien**
**2 - Haas/St 20Y & 1 Bar Feeder**

**Describe the lien**
**Purchase Money**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

---

**2.3** **Creditor's name**
**Happy State Bank**

Creditor's mailing address
**701 S. Taylor LB-120**

**Amarillo          TX    79101**

Creditor's email address, if known
**4000012937**

Date debt was incurred    **01/07/2020**

Last 4 digits of account
number                    ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes. Have you already specified the
relative priority?

☐ No. Specify each creditor, including this
creditor, and its relative priority.

☐ Yes. The relative priority of creditors is
specified on lines _____

**Describe debtor's property that is**
**subject to a lien**
**Security Agreement**

**Describe the lien**
**Non-Purchase Money**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$52,285.00**          **$52,285.00**

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) **22-20192-7** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

|  | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.4** Creditor's name
**Matador Brass Partners, LLC**

Creditor's mailing address
**5956 Sherry Lane, Suite 1300**

_____

**Dallas                TX    75225**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
**Loan Agreement**

Describe the lien
**Fee Simple**

_____

Is the creditor an insider or related party?
☐ No
☑ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Amount of claim: **$4,300,000.00**  Value of collateral: **$1,707,275.00**

**2.5** Creditor's name
**Newlane Finance Company**

Creditor's mailing address
**123 S. Broad St, 17th Fl**

_____

**Philadelphia          PA    19109**

Creditor's email address, if known

_____

Date debt was incurred  **03/09/2022**

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
**IM Equipment**

Describe the lien
**Purchase Money**

_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$70,000.00**  Value of collateral: **$70,000.00**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **Roberson Cartridge Co., LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **22-20192-7** |

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.
☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
    If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

**Comptroller of Public Accounts**

**Taxation Division Bankruptcy**

**P.O. Box 12548**

**Austin                          TX        78711**

Date or dates debt was incurred
_____

Last 4 digits of account
number              __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Sales Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$991.00**    Priority amount: **$991.00**

**2.2** Priority creditor's name and mailing address

**Internal Revenue Services**

**PO Box 7346**

**Philadelphia                  PA        19101-7346**

Date or dates debt was incurred
_____

Last 4 digits of account
number              __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Payroll Tax**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$18,000.00**    Priority amount: **$18,000.00**

| Debtor | **Roberson Cartridge Co., LLC** | | Case number (if known) | **22-20192-7** |
|---|---|---|---|---|

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.**  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$311.00** |
|---|---|---|---|

**Aaron Nietfield**

**48564 Range Road 235**

**Leduc County, AB T4X 2T1**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$599.99** |
|---|---|---|---|

**Adam Kling**

**3 Landing Court**

**Litchfield**      **NH**    **03052**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$358.99** |
|---|---|---|---|

**Adam Tayler**

**1770 Front St.**

**Lynden**      **WA**    **98264**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$583.87** |
|---|---|---|---|

**Alex Costich**

**PO Box 1697**

**Brush Prairie**      **WA**    **98606**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |
| --- | --- | --- | --- |

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.5** | Nonpriority creditor's name and mailing address |
| --- | --- |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$302.49**

**Alex Dodson**

**232 Coon Hollow Trail**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Unsecured**

| **Hedgesville** | **WV** | **25427** |

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| **3.6** | Nonpriority creditor's name and mailing address |
| --- | --- |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$587.99**

**Alex Klein**

**3737 Buffalo Speedway, Ste 1900**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Unsecured**

| **Houston** | **TX** | **77098** |

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| **3.7** | Nonpriority creditor's name and mailing address |
| --- | --- |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$299.49**

**Allen Christy**

**2600 Cherrywood Rd**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Unsecured**

| **Minnetonka** | **MN** | **55305** |

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| **3.8** | Nonpriority creditor's name and mailing address |
| --- | --- |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$502.45**

**Andrew Lee**

**13000 Occidental Rd**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Unsecured**

| **Sebastopol** | **CA** | **95472** |

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| **3.9** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Andrew Rockwell**

**2740 Inez Ct**

_____

| **Niles** | **MI** | **49120** |

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Unsecured**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$318.49**

---

| **3.10** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Andrew Sagatelian**

**1395 Koch Ln**

_____

| **San Jose** | **CA** | **95125-4134** |

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Unsecured**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$412.49**

---

| **3.11** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Andrzej Dzik jurasz**

**4 Haggerty Dr**

_____

| **West Orange** | **NJ** | **07052** |

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Unsecured**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$409.99**

---

| **3.12** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Angel Foster**

**700 Adella Ave**

_____

| **Sevierville** | **TN** | **37862** |

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Unsecured**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$389.99**

---

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |
|---|---|---|---|

**Part 2:**  **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.13 | Nonpriority creditor's name and mailing address |
|---|---|

**Anthony Long**

**173 NE Lombardy Dr.**

**Roseburg, OR 974063**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

**$322.49**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address |
|---|---|

**Anthony Quinn**

**9700 Cliffside Dr.**

**Irving                         TX      75063**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

**$313.91**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address |
|---|---|

**Anthony Tharayil**

**4 Bridle Way**

**Ho Ho Kus                  NJ      07423**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

**$289.99**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address |
|---|---|

**Archie Ellwood**

**7716 Mint Julep Dr.**

**Riverview                   FL      33578**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

**$239.99**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |
|---|---|---|---|

**Part 2:**    **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.17**    Nonpriority creditor's name and mailing address

**Arthur Alphin**

**7679 Fieldstone Ranch Square**

**Vero Beach**          **FL**    **32967**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,025.99**

**3.18**    Nonpriority creditor's name and mailing address

**Barry Gates**

**17350 Angelaine Way**

**Grandada Hills**          **CA**    **91344**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$395.49**

**3.19**    Nonpriority creditor's name and mailing address

**Barry Glover**

**304 Kentwood Lane**

**Lexington**          **NC**    **27295**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$302.49**

**3.20**    Nonpriority creditor's name and mailing address

**Barry Millard**

**3009 W. Topeka Dr.**

**Phoenix**          **AZ**    **85027-4925**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$259.99**

Debtor    **Roberson Cartridge Co., LLC**    Case number (if known)    **22-20192-7**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.21**   **Nonpriority creditor's name and mailing address**

**Barry Norenburg**

**905 Mooers Ave SE**

**Cokato**                    **MN**    **55321**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$294.99**

---

**3.22**   **Nonpriority creditor's name and mailing address**

**Ben Gurtler**

**38 Holmes Rd**

**Porter Corners**            **NY**    **12859**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$224.99**

---

**3.23**   **Nonpriority creditor's name and mailing address**

**Benjamin Marjamaa**

**6803 W. National Ave**

**West Allis**                **WI**    **53214**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$302.49**

---

**3.24**   **Nonpriority creditor's name and mailing address**

**Bennie Kight**

**206 N. Chestnut**

**Troy**                      **TN**    **38260**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$505.99**

---

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.25** | Nonpriority creditor's name and mailing address |
|---|---|

**Benzel Macmaster**

**5955 Joyce Way**

| **Dallas** | **TX** | **75225** |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Unsecured**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$312.83**

---

| **3.26** | Nonpriority creditor's name and mailing address |
|---|---|

**Bernard Fargen**

**7994 Calle De Gato**

| **Redding** | **CA** | **96001** |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Unsecured**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,191.00**

---

| **3.27** | Nonpriority creditor's name and mailing address |
|---|---|

**Bill Carlton**

**4888 Kennedale New Hope Rd**

| **Fort Worth** | **TX** | **76140** |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Unsecured**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$568.30**

---

| **3.28** | Nonpriority creditor's name and mailing address |
|---|---|

**Bill Hamilton**

**621 Cedar St**

| **Bellevue** | **ID** | **83313** |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Unsecured**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$2,559.98**

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |
|---|---|---|---|

---

**Part 2:**    **Additional Page**

---

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.29** Nonpriority creditor's name and mailing address

**Blake Stenzel**

**121 West 9th St**

**Mankato**                **MN**    **56001**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,075.99**

**3.30** Nonpriority creditor's name and mailing address

**BLISS Munitions Equipment**

**4303 40th Street**

**Kentwood**                **MI**    **49512**

Date or dates debt was incurred    **09/27/2022**

Last 4 digits of account number    **1    0    0    8**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Transportation for equipment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$136,400.81**

**3.31** Nonpriority creditor's name and mailing address

**Bob Gibson**

**2000 Westfall Rd**

**Lovelock**                **NV**    **89419**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$428.00**

**3.32** Nonpriority creditor's name and mailing address

**Bob Stahl**

**143 Crown Point Dr.**

**Bellvue**                **CO**    **80512**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$443.49**

---

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.33 | Nonpriority creditor's name and mailing address | | **$322.49** |
|---|---|---|---|

**Bobby Babe**

**3106 Center St.**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Greensborro** | **NC** | **27407** |
|---|---|---|

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.34 | Nonpriority creditor's name and mailing address | | **$339.35** |
|---|---|---|---|

**Bobby Hempfling**

**2 Peak Road South Peak**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Austin** | **TX** | **78746** |
|---|---|---|

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.35 | Nonpriority creditor's name and mailing address | | **$349.10** |
|---|---|---|---|

**Brad Hensley**

**481 Rodalyn Dr.**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Boerne** | **TX** | **78006** |
|---|---|---|

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.36 | Nonpriority creditor's name and mailing address | | **$1,068.98** |
|---|---|---|---|

**Brad Quillin**

**1315 Hempstead 7**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Hope** | **AR** | **71801** |
|---|---|---|

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $587.99 |

**Brent Ravnass**

**1959 16th Ave NW**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Turtle Lake            ND      58575**

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  ___ ___ ___ ___

☑ No
☐ Yes

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,240.98 |

**Brett Tapley**

**2246 SE Upchurch Way**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Portland Orchard        WA      98366**

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  ___ ___ ___ ___

☑ No
☐ Yes

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $243.99 |

**Brian Briggs**

**15 Sachem Hill Rd**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Windsor               CT      06095**

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  ___ ___ ___ ___

☑ No
☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $517.99 |

**Brian Caffey**

**4575 Galisteo Loop**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Las Cruces            NM      88011**

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  ___ ___ ___ ___

☑ No
☐ Yes

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$294.79** |
|---|---|---|---|

**Brian Hammer**

**65 Macalester**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Pueblo** | **CO** | **81001** |
|---|---|---|

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☒ No
☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$177.49** |
|---|---|---|---|

**Brian Meyette**

**166 Skyline Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Cornish** | **NH** | **03745** |
|---|---|---|

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☒ No
☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$390.00** |
|---|---|---|---|

**Brian Parker**

**14 Greenbank Rd**

**Liskeard, NA Pl14 3DP**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☒ No
☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$294.99** |
|---|---|---|---|

**Brian Pipes**

**13408 S. Al Gossett**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Lone Jack** | **MO** | **64070** |
|---|---|---|

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☒ No
☐ Yes

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$403.99** |
|---|---|---|---|

**Brian Radway**

**6040 Fry Rd**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Unsecured**

| **Brook Park** | **OH** | **44142** |
|---|---|---|

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __

☒ No
☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$280.00** |
|---|---|---|---|

**Brian Reeves**

**2 Wingate Way**

**Fort Saskatchewan, AB T8L 0W**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Unsecured**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __

☒ No
☐ Yes

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$199.99** |
|---|---|---|---|

**Brian Silkwood**

**2810 Bechelli Ln Space A-6**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Unsecured**

| **Redding** | **CA** | **96002** |
|---|---|---|

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __

☒ No
☐ Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$260.99** |
|---|---|---|---|

**Bruce Banks**

**2864 1/2 Casimir Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Unsecured**

| **Grand Junction** | **CO** | **81503** |
|---|---|---|

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __

☒ No
☐ Yes

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$429.99** |
|---|---|---|---|

**Bruce Lucas**

**387 Irving WickDr. E**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Heath** | **OH** | **43056** |

**Basis for the claim:**
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$355.20** |
|---|---|---|---|

**Bruce Mcmillan**

**PO Box 21179**

**Whitehorse, YT Y1A 6R1**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,104.00** |
|---|---|---|---|

**Bryan Bossier Sr.**

**2135 Coulee Crossing**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Unsecured**

| **Woodworth** | **LA** | **71485** |

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$258.71** |
|---|---|---|---|

**Bryan Lamm**

**23034 Indian Rdie Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Katy** | **TX** | **77450** |

**Basis for the claim:**
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **Roberson Cartridge Co., LLC** | | Case number (if known) | **22-20192-7** |
|---|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.53** | Nonpriority creditor's name and mailing address | | **$598.98** |
|---|---|---|---|

**Bryan Massey**

**29705 Hwy 141**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Whitewater** | **CO** | **81527** |

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.54** | Nonpriority creditor's name and mailing address | | **$19.99** |
|---|---|---|---|

**Bryon McCall**

**10593 Highway 133**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Meta** | **MO** | **65058** |

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.55** | Nonpriority creditor's name and mailing address | | **$494.99** |
|---|---|---|---|

**Calvin Featherly**

**213 West 5th Ave**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Mining** | **WI** | **54859** |

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.56** | Nonpriority creditor's name and mailing address | | **$604.98** |
|---|---|---|---|

**Carl Nelson**

**10934 Brookfield Rd**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Chatsworth** | **CA** | **91311** |

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Roberson Cartridge Co., LLC** | | Case number (if known) | **22-20192-7** |
|---|---|---|---|---|

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$290.64** |
|---|---|---|---|

**Carol Oday**

**6026 Gnarled Oaks Ct.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Humble**                    **TX      77346**

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| **3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$325.99** |
|---|---|---|---|

**Casey Collins**

**7117 US-287**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Harrison**                  **MT      59735**

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| **3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$204.99** |
|---|---|---|---|

**Cash Capps**

**2620 Forest Park Dr. Apt 3**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Anchorage**                 **AK      99517**

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| **3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$227.49** |
|---|---|---|---|

**Charles Bolding**

**1438 New Mexico Rd**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Bowdon**                    **GA      30108**

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.61** Nonpriority creditor's name and mailing address

**Charles Campbell**

**PO Box 153**

**Ennis**            **MT**    **59729**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$267.92**

---

**3.62** Nonpriority creditor's name and mailing address

**Charles Moulis**

**5649 Dove Dr.**

**Milton**            **FL**    **32571**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$213.99**

---

**3.63** Nonpriority creditor's name and mailing address

**Charlie Chan**

**24627 SE Hoffmeister Rd**

**Damascus**            **OR**    **97089**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,229.99**

---

**3.64** Nonpriority creditor's name and mailing address

**Chase Mcevoy**

**1536 N. Westlynn**

**Wichita**            **KS**    **67212**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$292.50**

---

Debtor    **Roberson Cartridge Co., LLC**    Case number (if known) **22-20192-7**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.65 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:
*Check all that apply.*                                          **$187.49**

**Chris Alvey**
**1941 S. 46th**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Omaha**                **NE**    **68106**

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| 3.66 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:
*Check all that apply.*                                          **$236.99**

**Chris Conner**
**1008 Westwood Ave**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Chattanooga**          **TN**    **37405**

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| 3.67 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:
*Check all that apply.*                                          **$328.99**

**Chris Fredette**
**13 Lance Lane**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Albany**               **NY**    **12205**

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| 3.68 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:
*Check all that apply.*                                          **$348.99**

**Chris Salsberry**
**137 Powder Soprings Loop**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Myrtle Beach**         **SC**    **29588**

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.69**    **Nonpriority creditor's name and mailing address**

**Chris Schimp**

**1705 Grayson Rd.**

**PO Box 370**

**Eldarado**      **IL**      **62930**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?

☒ No
☐ Yes

**$231.99**

---

**3.70**    **Nonpriority creditor's name and mailing address**

**Chris Sineath**

**11 East Forsyth St, Apt 708**

**Jacksonville**      **FL**      **32202**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?

☒ No
☐ Yes

**$537.99**

---

**3.71**    **Nonpriority creditor's name and mailing address**

**Chris Zwicky**

**220 Buena Vista Rd**

**Fleetwood**      **PA**      **19522**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?

☒ No
☐ Yes

**$1,113.99**

---

**3.72**    **Nonpriority creditor's name and mailing address**

**Christian Duguet**

**Place de la prefecture 1**

**Charles-Mezieres, 08000**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?

☒ No
☐ Yes

**$382.49**

---

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.73** Nonpriority creditor's name and mailing address

**$220.99**

**Christina Chaney**

**3403 N. Edgewater Dr.**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Wasilla** | **AK** | **99623** |
|---|---|---|

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

**3.74** Nonpriority creditor's name and mailing address

**$195.99**

**Christopher Hawley**

**110 Glendale Rd**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Boyertown** | **PA** | **19512-7624** |
|---|---|---|

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

**3.75** Nonpriority creditor's name and mailing address

**$791.59**

**Chuck Muschany**

**4870 Retriver Circle**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Anchorage** | **AK** | **99502** |
|---|---|---|

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

**3.76** Nonpriority creditor's name and mailing address

**$354.99**

**Cody Moon**

**437 N. 14th St**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| **New Castle** | **IN** | **47362** |
|---|---|---|

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |
|---|---|---|---|

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| **3.77** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$347.99** |
|---|---|---|---|

Check all that apply.

**Cody Van Dyke**

☐ Contingent

**5522 N. Jameson Ave**

☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

| **Fresno** | **CA** | **93723** |
|---|---|---|

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| **3.78** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$248.96** |
|---|---|---|---|

Check all that apply.

**Collin Smipson**

☐ Contingent

**6641 Barclay Lane**

☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

| **Garland** | **TX** | **75044** |
|---|---|---|

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| **3.79** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **Unknown** |
|---|---|---|---|

Check all that apply.

**Concast Metal 1**

☐ Contingent

**14315 State Route 113**

☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

| **Wakeman** | **OH** | **44889** |
|---|---|---|

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| **3.80** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$799.99** |
|---|---|---|---|

Check all that apply.

**Cory Vollmer**

☐ Contingent

**7401 Cerrillos Rd**

☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

| **Santa Fe** | **NM** | **87507** |
|---|---|---|

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.81 | Nonpriority creditor's name and mailing address | | **$437.32** |

**Costel Ionescu**

**1806 Stagecoach Trail**

**Round Rock**          **TX**     **78681**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | | **$204.99** |

**Curt Diehl**

**8870 1st St**

**St. Cloud**          **FL**     **34773**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | | **$367.49** |

**Curt Gerlach**

**10 Thalia**

**Ladera Ranch**          **CA**     **92694**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | | **$403.99** |

**Curt Newport**

**8525 Wagon Wheel Rd.**

**Alexandria**          **VA**     **22309**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor    **Roberson Cartridge Co., LLC**                    Case number (if known)  **22-20192-7**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.85** | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$302.49**

**Dale Guerra**

**PO Box 263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

**Morro Bay**          **CA    93443**

Date or dates debt was incurred

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

---

| **3.86** | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$1,529.98**

**Dale Pedersen**

**PO Box 40**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

**Graham**          **WA    98338**

Date or dates debt was incurred

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

---

| **3.87** | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$244.99**

**Dalton Harper**

**19 Bridle Trail**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

**Louisburg**          **MO    65685**

Date or dates debt was incurred

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

---

| **3.88** | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$302.49**

**Dana Regatuso**

**5330 rt 436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

**Dansville**          **NY    14437**

Date or dates debt was incurred

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

| Debtor | **Roberson Cartridge Co., LLC** | | Case number (if known) | **22-20192-7** |

---

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.89** | Nonpriority creditor's name and mailing address | **$210.99** |

**Daniel Allison**

**10677 West 25th Ave**

| **Lakewood** | **CO** | **80215** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.90** | Nonpriority creditor's name and mailing address | **$356.13** |

**Daniel Barbeau**

**3910 Dumouchel**

**Trois-Rivieres, QC G8Y 4S9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.91** | Nonpriority creditor's name and mailing address | **$394.99** |

**Daniel Harris**

**1802 W. Maryland Ave**

**Apt 2055**

| **Phoenix** | **AZ** | **85015** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.92** | Nonpriority creditor's name and mailing address | **$205.00** |

**Daniel Merritt**

**6 Marguerite**

| **Longview** | **TX** | **75601** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.93** | Nonpriority creditor's name and mailing address |
|---|---|

**Daniel Peterson**

**4741 N. Lynndale Dr**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$285.99**

| **Appleton** | **WI** | **54913** |

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

| **3.94** | Nonpriority creditor's name and mailing address |
|---|---|

**Daniel Werbe**

**810 S. US Hwy 421**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,217.99**

| **Zionsville** | **IN** | **46077** |

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

| **3.95** | Nonpriority creditor's name and mailing address |
|---|---|

**Danny Gilbert**

**4603 Van Buren St**

**Hays, KS**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$594.98**

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

| **3.96** | Nonpriority creditor's name and mailing address |
|---|---|

**Darren Eells**

**6120 SE 11th AVe**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$328.99**

| **Caldwell** | **ID** | **83607** |

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |
|---|---|---|---|

**Part 2:**     **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.97 | Nonpriority creditor's name and mailing address |
|---|---|

**Darren Salyards**

**456 Spruce Hill Wau**

| Charles Town | **WV** | **25414** |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$302.49**

---

| 3.98 | Nonpriority creditor's name and mailing address |
|---|---|

**Darwin Burrington**

**1903 Kingstree Ct.**

| Rochester Hills | **MI** | **48137-9609** |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$260.99**

---

| 3.99 | Nonpriority creditor's name and mailing address |
|---|---|

**Darwin Williams**

**PO Box 758**

| Kentfield | **CA** | **94914** |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$244.49**

---

| 3.100 | Nonpriority creditor's name and mailing address |
|---|---|

**Daryl Dean**

**183 Cross Road**

| New Hampton | **NH** | **03256** |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$228.99**

Debtor    **Roberson Cartridge Co., LLC**                                      Case number (if known)   **22-20192-7**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.101**  Nonpriority creditor's name and mailing address

**Dave Mcleran**

**5476 Sandhollow Rd**

**New Plymouth**          **ID**        **83655**

Date or dates debt was incurred

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$539.99**

---

**3.102**  Nonpriority creditor's name and mailing address

**Dave Stoll**

**10280 Hadley Rd**

**Gregory**          **MI**        **48137**

Date or dates debt was incurred

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$260.99**

---

**3.103**  Nonpriority creditor's name and mailing address

**Dave Uslar**

**120 Old Philly Pike**

**Kempton**          **PA**        **19529**

Date or dates debt was incurred

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$243.99**

---

**3.104**  Nonpriority creditor's name and mailing address

**David Arrington**

**2584 Edinberg Way**

**Florence**          **SC**        **29501**

Date or dates debt was incurred

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$403.99**

---

| Debtor | **Roberson Cartridge Co., LLC** | | Case number (if known) | **22-20192-7** |
|---|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.105**   Nonpriority creditor's name and mailing address

**David Clement**

**PO Box 351**

**Munfordvillel**          **KY**      **42765-0351**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$307.43**

---

**3.106**   Nonpriority creditor's name and mailing address

**David Daniels**

**255 E. 750 N**

**PO Box 183**

**Willard**          **UT**      **84340**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$196.49**

---

**3.107**   Nonpriority creditor's name and mailing address

**David Dentoni**

**PO Box 761**

**Clements**          **CA**      **95227**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,997.49**

---

**3.108**   Nonpriority creditor's name and mailing address

**David Stark**

**168 Croydon Turnpike**

**Plainfield**          **NH**      **03781**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$228.99**

---

Debtor   **Roberson Cartridge Co., LLC**                          Case number (if known)  **22-20192-7**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.109** | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:
*Check all that apply.*

$599.99

**Dennis Denney**

**325 Seefried Lane**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Unsecured**

**Balckfoot**            ID    83221

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __

---

| **3.110** | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:
*Check all that apply.*

$193.99

**Dennis Goergen**

**13281 Ighway 4 E**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Unsecured**

**Ripley**            MS    38663

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __

---

| **3.111** | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:
*Check all that apply.*

$289.99

**Dennis Morlacci**

**214 Campbell Rd**

**Boyers, PA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Unsecured**

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __

---

| **3.112** | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:
*Check all that apply.*

$439.99

**Dennis Reid**

**42 Lexington St**

**PO Box 127**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Unsecured**

**Sandusky**            MI    48471

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __

---

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.113 | Nonpriority creditor's name and mailing address |
|---|---|

**Dewey Youngerman**

**882 White Mountain Rd**

**Naples**    ID    **83847**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$365.99**

---

| 3.114 | Nonpriority creditor's name and mailing address |
|---|---|

**Dirk Zimmick**

**37535 Elizabeth Dr.**

**Lebanon**    OR    **97355**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$227.49**

---

| 3.115 | Nonpriority creditor's name and mailing address |
|---|---|

**Don Lewis**

**127 Mountian View Dr.**

**Thermopolis**    WY    **82443**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,633.99**

---

| 3.116 | Nonpriority creditor's name and mailing address |
|---|---|

**Donald Fryer**

**704 Lago Vista St.**

**San Marcos**    TX    **78666**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$394.02**

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.117** Nonpriority creditor's name and mailing address

**Donald Rice**

**15875 Lindbergh Lane**

**Wellington**          FL      33414

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$303.99**

**3.118** Nonpriority creditor's name and mailing address

**Donald Spence**

**26905 S. Stony Island Ave**

**Crete**          IL      60417

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$244.99**

**3.119** Nonpriority creditor's name and mailing address

**Dorje Strang**

**100 Teapot Valley Rd.**

**Brightwater, TM 7091**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$449.00**

**3.120** Nonpriority creditor's name and mailing address

**Doug Deroy**

**1145 SE Boise Dr.**

**Portland**          OR      97202

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$329.99**

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.121** | Nonpriority creditor's name and mailing address | | **$398.99** |
|---|---|---|---|

**Douglas Powell**

**1794 Newton Dr.**

| **Cheyenne** | **WY** | **82001-1650** |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| **3.122** | Nonpriority creditor's name and mailing address | | **$347.49** |
|---|---|---|---|

**Dustin Addis**

**180 Sizemore Rd**

| **McDowell** | **KY** | **41651** |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| **3.123** | Nonpriority creditor's name and mailing address | | **$1,247.39** |
|---|---|---|---|

**Dustin Denton**

**2155 Hwy 354**

| **Evening Shade** | **AR** | **72532** |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| **3.124** | Nonpriority creditor's name and mailing address | | **$235.99** |
|---|---|---|---|

**Dustin Schabatka**

**5115 N. 191st Dr**

| **Litchfield Park** | **AZ** | **85340** |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor    **Roberson Cartridge Co., LLC**                                    Case number (if known)  **22-20192-7**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.125 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Dustin Swarthout**

**14502 East Y Ave.**

**Fulton**                    **MI**        **49052**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,119.99**

| 3.126 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Dwight Laney**

**PO Box 326**

**Buchtel**                    **OH**        **45716**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$578.99**

| 3.127 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Dylan Todd**

**1402 E. Grand Ave, Suite B**

**Arroyo Grande**            **CA**        **93420**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$810.99**

| 3.128 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Earnest Mayhood**

 **PO Box 155**

**Rio Vista**                **CA**        **94571**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$417.99**

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.129**   **Nonpriority creditor's name and mailing address**

**Easton Harrold**

**PO Box 62047**

**Midland**          **TX**    **79711**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

$611.60

**3.130**   **Nonpriority creditor's name and mailing address**

**Edward Catalano**

**13 Ames St., Apt 2**

**Beverly**          **MA**    **01915**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

$315.99

**3.131**   **Nonpriority creditor's name and mailing address**

**Edward Condon**

**706 Shorth Beach Rd**

**St. James**          **NY**    **11780**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

$696.49

**3.132**   **Nonpriority creditor's name and mailing address**

**Edward Metzger**

**11698 Lakeshore Dr.**

**Grand Haven**          **MI**    **49417**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

$450.99

Debtor    **Roberson Cartridge Co., LLC**                          Case number (if known)  **22-20192-7**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.133**  **Nonpriority creditor's name and mailing address**                                            **$273.99**

**Edward Radin**

**1049 Smith Rd.**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

**Mainesburg**              **PA**    **16932**

Date or dates debt was incurred                          Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __         ☑ No
                                                     ☐ Yes

**3.134**  **Nonpriority creditor's name and mailing address**                                            **$235.99**

**Edward Swartwood**

**460 Kentshire Dr.**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

**Fairbanks**              **AK**    **99709**

Date or dates debt was incurred                          Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __         ☑ No
                                                     ☐ Yes

**3.135**  **Nonpriority creditor's name and mailing address**                                            **$175.00**

**Edwin Sunderland**

**5012 50th Ave**

**Llydminster, AB T9V 0W7**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Date or dates debt was incurred                          Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __         ☑ No
                                                     ☐ Yes

**3.136**  **Nonpriority creditor's name and mailing address**                                            **$289.99**

**Eldridge Mount**

**4329 Emerald Hill Cir**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

**Canandaigua**              **NY**    **14424**

Date or dates debt was incurred                          Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __         ☑ No
                                                     ☐ Yes

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |
|---|---|---|---|

**Part 2:**    **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.137 | Nonpriority creditor's name and mailing address |
|---|---|

**Enrique Cuellar**

**8602 Dana Top Dr.**

**Boerne**                **TX**      **78015**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,913.31**

---

| 3.138 | Nonpriority creditor's name and mailing address |
|---|---|

**Erik Jensen**

**2072 Summit St.**

**Franktown**              **CO**      **80116**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$807.98**

---

| 3.139 | Nonpriority creditor's name and mailing address |
|---|---|

**Erik Olson**

**1813 El Dorado Terrace**

**Escondido, CA 92025**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$350.99**

---

| 3.140 | Nonpriority creditor's name and mailing address |
|---|---|

**Evan Allen**

**2115 North Nelson st.**

**Pampa**                **TX**      **79065**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$548.28**

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.141** | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$343.68**

**Ezekiel Vaughn**

**523 Oak Hills Dr**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Newark** | **TX** | **76071** |
|---|---|---|

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

| **3.142** | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$304.99**

**Fallon Kelly**

**316 Main St.**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Lisbon** | **ND** | **58054** |
|---|---|---|

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

| **3.143** | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$292.26**

**Frank Buttenhoff**

**2130 Lateforest Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Weatherford** | **TX** | **76087** |
|---|---|---|

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

| **3.144** | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$207.49**

**Frank Garcia**

**51 Country Rd 630 A.**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Frostproof** | **FL** | **33843** |
|---|---|---|

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

| Debtor | **Roberson Cartridge Co., LLC** | | Case number (if known) | **22-20192-7** |
|---|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.145** | Nonpriority creditor's name and mailing address | **$231.99** |

**Frank Schumacher**

**825 5th Ave NE**

**Jamestown**          **ND**    **58401**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| **3.146** | Nonpriority creditor's name and mailing address | **$322.49** |

**Frank Smith**

**855 Chestnut Rd**

**Millville**          **PA**    **17846**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| **3.147** | Nonpriority creditor's name and mailing address | **$938.29** |

**Frank Walker**

**4322 Henryanna**

**Idaho Falls**          **ID**    **73404**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| **3.148** | Nonpriority creditor's name and mailing address | **$207.49** |

**Gabreil Paolieri**

**146 Lirios Ave**

**Sacramento**          **CA**    **95828**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |
| --- | --- | --- | --- |

---

**Part 2:**    **Additional Page**

---

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.149** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$19.99** |
| --- | --- | --- | --- |

**Galen Smith**

**3926 Trevor Ave**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Unsecured**

| **Cheviot** | **OH** | **45211** |
| --- | --- | --- |

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☒ No
☐ Yes

---

| **3.150** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$289.99** |
| --- | --- | --- | --- |

**Gary Adkison**

**PO Box 873**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Unsecured**

| **Craig** | **AK** | **99921** |
| --- | --- | --- |

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☒ No
☐ Yes

---

| **3.151** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$315.99** |
| --- | --- | --- | --- |

**Gary Collison**

**44111 SE Tapp Rd**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Unsecured**

| **Sandy** | **OR** | **97055** |
| --- | --- | --- |

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☒ No
☐ Yes

---

| **3.152** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$751.98** |
| --- | --- | --- | --- |

**Gary Pegouskie**

**13646 Morris Rd SE**

**Yelm, WA98597**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☒ No
☐ Yes

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |
|---|---|---|---|

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| **3.153** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$636.50** |

**Gary Williams**

**2900 FM 1478**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

| **Lampasas** | **TX** | **76550** |

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| **3.154** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$295.99** |

**George Chesnut**

**1705 Lahola Ct**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

| **Tracy** | **CA** | **95304** |

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| **3.155** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,189.96** |

**George Goundry**

**26513 SE 19th Ct**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

| **Sammamish** | **WA** | **98075** |

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| **3.156** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$283.99** |

**George Houchens**

**11356 Tall Shadows Ct**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

| **Pinckney** | **MI** | **98169** |

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| Debtor | **Roberson Cartridge Co., LLC** | | Case number (if known) | **22-20192-7** |

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.157** | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: *Check all that apply.* | **$289.99** |

**Gerald Lang**

**415 Cherokee Meadows Rd**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Livermore** | **CO** | **80536** |

**Basis for the claim:**
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☒ No
☐ Yes

---

| **3.158** | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: *Check all that apply.* | **$631.99** |

**Gerald Sensenig**

**102 Feick Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Bernville** | **PA** | **19506** |

**Basis for the claim:**
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☒ No
☐ Yes

---

| **3.159** | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: *Check all that apply.* | **$1,127.52** |

**Gilbert Hilderbrand**

**8300 N.620 Blvd. D Suite 500**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Austin** | **TX** | **78732** |

**Basis for the claim:**
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☒ No
☐ Yes

---

| **3.160** | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Giulio Zaccagnini**

**30665 Groesbeck Hwy**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Roseville** | **MI** | **48066** |

**Basis for the claim:**
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☒ No
☐ Yes

---

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |
|---|---|---|---|

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.161**  Nonpriority creditor's name and mailing address

**Giuseppe Festi**

**Via S. Antonio 20 20**

**Borgo Lares**        **TN**    **38078**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$560.00**

---

**3.162**  Nonpriority creditor's name and mailing address

**Glen Mazzara**

**109 Goldengate Ln**

**Oak Ridge**        **TN**    **37830**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$249.99**

---

**3.163**  Nonpriority creditor's name and mailing address

**Glenn Martin**

**PO Box 1230**

**Ketchum**        **ID**    **83340**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$302.49**

---

**3.164**  Nonpriority creditor's name and mailing address

**Grant Casey**

**11825 Elkhart st**

**Brighton**        **CO**    **80603**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$735.99**

---

Debtor    **Roberson Cartridge Co., LLC**                    Case number (if known)  **22-20192-7**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.165** | **Nonpriority creditor's name and mailing address** |

**Gregg Jensen**

**9546 SW Happy Days Lane**

**Powell Butte**                   **OR**     **97753**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

$1,081.99

---

| **3.166** | **Nonpriority creditor's name and mailing address** |

**Gudvin Skogen**

**19 Shea Way Ste 308**

**Newark**                   **DE**     **19713**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

$2,037.19

---

| **3.167** | **Nonpriority creditor's name and mailing address** |

**Hampton Spivey**

**4697 Huntingwood Rd**

**Ramseur**                   **NC**     **27316**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

$574.99

---

| **3.168** | **Nonpriority creditor's name and mailing address** |

**Hanyang Liu**

**63 Hurlingham Cres**

**North York, ON M3B 2P9**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

$1,463.00

---

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.169**  Nonpriority creditor's name and mailing address

**Harley Gardner**

**PO Box 98**

**Dove Creek**            **CO**    **81324**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$322.49**

**3.170**  Nonpriority creditor's name and mailing address

**Harry Santora**

**14 Caldera Place**

**Staten Island**          **NY**    **10301**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$301.99**

**3.171**  Nonpriority creditor's name and mailing address

**Hugh English**

**PO Box 11964**

**Roanake**               **VA**    **24022-1964**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$531.98**

**3.172**  Nonpriority creditor's name and mailing address

**Ion Burdun**

**8531 134A Ave NW**

**Edmonton, AB T5E 1L6**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$512.50**

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| **3.173** | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**IPFS Corporation**

**PO Box 32144**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$5,753.47**

**Basis for the claim:**

**New York        NY    10087-2144**    :

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

| **3.174** | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**Jacob Nwshaney**

**628 E. Penrose Ave**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,179.00**

**Basis for the claim:**
**Unsecured**

**Post Falls          ID    83854**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

| **3.175** | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**Jake Daleo**

**4665 Washington Blvd.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$271.70**

**Basis for the claim:**
**Unsecured**

**Beaumont          TX    77707**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

| **3.176** | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**James Flores**

**207 Wampum Way**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$248.96**

**Basis for the claim:**
**Unsecured**

**Seguin          TX    78155**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |
|---|---|---|---|

**Part 2:**   **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.177** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$460.99** |

**James Gorman**

**654 Hill Rd**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

| **Boxborough** | **MA** | **01719** |

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

| **3.178** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$322.49** |

**James Harryman**

**801 Mitchell Ct**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

| **Cheyenne** | **WY** | **82007** |

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

| **3.179** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$583.99** |

**James Holleran**

**4780 PA 287**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

| **Wellsboro** | **PA** | **16901** |

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

| **3.180** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$499.99** |

**James Hurt**

**9620 Leeta Cornus Ln**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

| **Nokesville** | **VA** | **20181** |

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |

---

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | | |
|---|---|---|
| **3.181** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$451.99** |

**James Kane**

**7301 E. Montebello Ave**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Scottsdale** | **AZ** | **85250** |

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.182** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$597.89** |

**James Keeney**

**6116 Mistwood Ln**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Rapidan** | **VA** | **22733** |

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.183** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$207.49** |

**James Martin**

**10072 Ecton Ln**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Jacksonville** | **FL** | **32246-1884** |

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.184** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$315.99** |

**James Mitchell**

**1449 Andrews St. NW**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Hartville** | **OH** | **44632** |

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Roberson Cartridge Co., LLC**                              Case number (if known)    **22-20192-7**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.185 | **Nonpriority creditor's name and mailing address** |
|---|---|

**James Morehouse**

**2327 Walker Ln**

**Keokuk**                    **IA        52632**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Unsecured**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$506.49

---

| 3.186 | **Nonpriority creditor's name and mailing address** |
|---|---|

**James Richards**

**7663 harrier Hill Rd**

**Signal Mtn**                **TN        37399**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Unsecured**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$599.90

---

| 3.187 | **Nonpriority creditor's name and mailing address** |
|---|---|

**James Steward**

**275 Strawn Dr.**

**Boaz**                        **AL        35957**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Unsecured**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$345.99

---

| 3.188 | **Nonpriority creditor's name and mailing address** |
|---|---|

**James Trimm**

**4316 Paxton Way**

**Birmingham**                **AL        35242**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Unsecured**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$1,149.99

---

Debtor    **Roberson Cartridge Co., LLC**                    Case number (if known)  **22-20192-7**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.189** | Nonpriority creditor's name and mailing address | | **$255.46** |

**James Webb**

**2201 W. Expressway 83**

**McAllen                    TX      78503**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| **3.190** | Nonpriority creditor's name and mailing address | | **$452.49** |

**Jason Acquistapace**

**1314 Philbric**

**Santa Maria                CA      93454**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| **3.191** | Nonpriority creditor's name and mailing address | | **$638.66** |

**Jason Boatright**

**2908 Dyer St**

**Dallas                      TX      75205**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| **3.192** | Nonpriority creditor's name and mailing address | | **$302.49** |

**Jason Hoeft**

**3447 SW Juniper Ave**

**Redmond                    OR      97756**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |
|---|---|---|---|

**Part 2:**    **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.193**    **Nonpriority creditor's name and mailing address**

**Jason Rozell**

**PO Box 78**

**South Montrose**         **PA**    **18843**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?

☑ No
☐ Yes

**$240.49**

**3.194**    **Nonpriority creditor's name and mailing address**

**Jay Strass**

**551 Rockcrusher Rd**

**Lexington**         **NC**    **27292**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?

☑ No
☐ Yes

**$301.49**

**3.195**    **Nonpriority creditor's name and mailing address**

**Jcques Shepperson**

**232 E. Java Dr.**

**Sunnyvale**         **CA**    **94089**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?

☑ No
☐ Yes

**$299.99**

**3.196**    **Nonpriority creditor's name and mailing address**

**Jeff Buler**

**2 Indian Pipe**

**Trabuco Canyon**         **CA**    **92679**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?

☑ No
☐ Yes

**$393.49**

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.197** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:
*Check all that apply.* | **$599.99** |

**Jeff Connor**

**PO Box 85086**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Fairbanks** | **AK** | **99708** |

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

| **3.198** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:
*Check all that apply.* | **Unknown** |

**Jeff Roberson**

**7404 Sinclair St**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Amarillo** | **TX** | **79119** |

Basis for the claim:
**Employment and Equity**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

**Is owed unpaid salary, and the value of his 100% interest in the company, which is not know at the present**

| **3.199** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:
*Check all that apply.* | **$302.49** |

**Jeff Rovinsky**

**25792 Prairestone Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Laguna Hills** | **CA** | **92653** |

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

| **3.200** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:
*Check all that apply.* | **$912.99** |

**Jeff Solberg**

**50851 County 59 Blvd.**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Kenyon** | **MN** | **55946** |

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

| Debtor | **Roberson Cartridge Co., LLC** | | Case number (if known) | **22-20192-7** |
|---|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.201** Nonpriority creditor's name and mailing address

**Jeffrey Citron**

**517 Beach Rd**

**Hobe Sound**            FL        33455

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$232.50**

**3.202** Nonpriority creditor's name and mailing address

**Jeffrey Doyle**

**561 County Rd 4906**

**Troup**            TX        75789

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,128.47**

**3.203** Nonpriority creditor's name and mailing address

**Jeffrey Keenan**

**23721 NE 48th Ave**

**Cabin H7**

**Okeechobee**            FL        34972

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,786.49**

**3.204** Nonpriority creditor's name and mailing address

**Jeffrey Mckelvy**

**12463 Caprock Crk**

**San Antonio**            TX        78254

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$356.13**

| Debtor | **Roberson Cartridge Co., LLC** | | Case number (if known) | **22-20192-7** |
| --- | --- | --- | --- | --- |

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.205 | **Nonpriority creditor's name and mailing address** |
| --- | --- |

**Jerome Wilk**

**506 Saint St.**

**Richland**                          **WA**        **99354-1836**

Date or dates debt was incurred

Last 4 digits of account number         __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Unsecured**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$506.49**

---

| 3.206 | **Nonpriority creditor's name and mailing address** |
| --- | --- |

**Jerrell Mitchell**

**80 Broom Rd**

**Pleasanton**                        **TX**        **78064**

Date or dates debt was incurred

Last 4 digits of account number         __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Unsecured**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$344.22**

---

| 3.207 | **Nonpriority creditor's name and mailing address** |
| --- | --- |

**Jerry Adkins**

**3547 State Route 44**

**Rootstown**                         **OH**        **44272**

Date or dates debt was incurred

Last 4 digits of account number         __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Unsecured**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$229.99**

---

| 3.208 | **Nonpriority creditor's name and mailing address** |
| --- | --- |

**Jerry Gilcrease**

**14 El Arco Iris Dr.**

**Roswell**                           **NM**        **88201**

Date or dates debt was incurred

Last 4 digits of account number         __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Unsecured**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$268.99**

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.209 | Nonpriority creditor's name and mailing address | **$1,842.48** |

**Jerry Noblin**

**10709 Wesley Circle**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Oklahoma City** | **OK** | **73151** |

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | **$403.99** |

**Jerry Rhodes**

**PO Box 97**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Beggs** | **OK** | **74421** |

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | **$347.49** |

**Jethro Allen**

**13581 Westside Calispell Rd**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Usk** | **WA** | **99180** |

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | **$320.99** |

**Jim Phraner**

**30-35 Williams St.**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Walton** | **NY** | **13856** |

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| **3.213** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Joe Hancock**

**10803 Teton Ln**

**San Antonio**                    **TX**    **78230**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Unsecured**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$300.92**

---

| **3.214** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Joe Yoder**

**35801E 275th St**

**Garden City**                    **MO**    **64747**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Unsecured**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$260.99**

---

| **3.215** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Johannas Kalle**

**93 Ave D**

**Holbrook**                    **NY**    **11741**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Unsecured**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$255.99**

---

| **3.216** | **Nonpriority creditor's name and mailing address** |
|---|---|

**John Baker**

**PO Box 10507**

**Fort Smith**                    **AR**    **72917**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Unsecured**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$778.00**

---

| Debtor | **Roberson Cartridge Co., LLC** | | Case number (if known) | **22-20192-7** |
|---|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.217** | Nonpriority creditor's name and mailing address |
|---|---|

**John Buhay**

**955 Wollups Hill Rd #17**

**Stevens**　　　　　　　　**PA**　　**17578**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number　__ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$711.99**

---

| **3.218** | Nonpriority creditor's name and mailing address |
|---|---|

**John Casagrande**

**525 Maple Ave**

**South San Francisco**　　**VA**　　**94080**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number　__ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$627.99**

---

| **3.219** | Nonpriority creditor's name and mailing address |
|---|---|

**John Cassady**

**944 Winona Dr.**

**Mandeville**　　**LA**　　**70471**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number　__ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$274.99**

---

| **3.220** | Nonpriority creditor's name and mailing address |
|---|---|

**John Davidson**

**1826 McCoy Rd**

**Bear**　　**DE**　　**19701**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number　__ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$403.99**

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.221** | **Nonpriority creditor's name and mailing address** |
|---|---|

**John Desjardins**

**2 Marseille**

**Montgomery               TX      77356**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$349.10**

| **3.222** | **Nonpriority creditor's name and mailing address** |
|---|---|

**John Gibson**

**3015 HoufnaggleRd**

**Lewisburg               WV      24901**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$324.99**

| **3.223** | **Nonpriority creditor's name and mailing address** |
|---|---|

**John Goetz**

**110 Springhouse Dr.**

**Butler                PA      16001**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$439.99**

| **3.224** | **Nonpriority creditor's name and mailing address** |
|---|---|

**John Hutchinson**

**8 Saint Marks Close**

**Thatcham, Bershire RG19 3SZ**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$340.49**

Debtor   **Roberson Cartridge Co., LLC**                                    Case number (if known)   **22-20192-7**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.225**   **Nonpriority creditor's name and mailing address**

**John Mahathy**

**14880 Mosley Rd**

**Stapleton**                          **AL**      **36578**

Date or dates debt was incurred  _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$506.49**

---

**3.226**   **Nonpriority creditor's name and mailing address**

**John Marcus**

**2301 Federal Ave**

**Los Angeles**                      **CA**      **90064**

Date or dates debt was incurred  _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$520.49**

---

**3.227**   **Nonpriority creditor's name and mailing address**

**John Mills**

**69 Illinois Ave Suite 5**

**Warwick**                          **RI**      **02888**

Date or dates debt was incurred  _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$269.99**

---

**3.228**   **Nonpriority creditor's name and mailing address**

**John Noble**

**204 Grove St**

**Wellesley**                        **MA**      **02482**

Date or dates debt was incurred  _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$40.00**

---

Debtor   **Roberson Cartridge Co., LLC**                          Case number (if known)  **22-20192-7**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.229**  Nonpriority creditor's name and mailing address

**John Nuff**

**PO Box 261**

**Bay Center**                          **WA      98527**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☒ No
☐ Yes

$324.99

---

**3.230**  Nonpriority creditor's name and mailing address

**John Piazza**

**1114 Grove St**

**Williamsport**                        **PA      17701**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☒ No
☐ Yes

$352.90

---

**3.231**  Nonpriority creditor's name and mailing address

**John Plumlee**

**18128 Business 13**

**Unit 2074**

**Reeds Spring**                        **MO      65737**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☒ No
☐ Yes

$468.99

---

**3.232**  Nonpriority creditor's name and mailing address

**John Witherspoon**

**4075 Elmridge Rd**

**Kettering**                           **OH      45429**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☒ No
☐ Yes

$303.99

---

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.233** Nonpriority creditor's name and mailing address

**Jon Durbin**

**2260 Browns Creek Rd**

**Graysville**          **PA**     **15337**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☒ No
☐ Yes

$701.59

---

**3.234** Nonpriority creditor's name and mailing address

**Jonathan Hansen**

**2212 Livingston Ave**

**Missoula**          **MT**     **59801**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☒ No
☐ Yes

$260.99

---

**3.235** Nonpriority creditor's name and mailing address

**Jonathan Reyes**

**4 Shady Lane**

**Danville**          **IL**     **61832**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☒ No
☐ Yes

$1,423.99

---

**3.236** Nonpriority creditor's name and mailing address

**Jonathan Reyes**

**1305 Paseo Dorado**

**San Dims**          **CA**     **91773**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☒ No
☐ Yes

$1,423.99

---

| Debtor | **Roberson Cartridge Co., LLC** | | Case number (if known) | **22-20192-7** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.237** Nonpriority creditor's name and mailing address

**Joseph Buffington**

**36320 46th Ave East**

**Eatonville**          **WA**    **98328**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

$259.99

**3.238** Nonpriority creditor's name and mailing address

**Joseph Meibergen**

**2 Pebble Dr.**

**Enid**          **OK**    **73703**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

$484.99

**3.239** Nonpriority creditor's name and mailing address

**Joseph Rigler**

**PO Box 1002**

**Rolla**          **MO**    **65402**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

$389.99

**3.240** Nonpriority creditor's name and mailing address

**Joseph Ruffolo**

**1112 Leisha Ln**

**Kalispell, MY 599001**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

$208.99

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |
|---|---|---|---|

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.241** Nonpriority creditor's name and mailing address

**Joseph Sudduth**

**8400 County Road 35**

**Ethelsville                    AL        35461**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$345.99**

**3.242** Nonpriority creditor's name and mailing address

**Joseph Vasques**

**330 Bellows Rd Box 130**

**Fleischmanns                NY        12430**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$829.98**

**3.243** Nonpriority creditor's name and mailing address

**Joseph Watkins**

**10011 NW Hwy 225a**

**Ocala                          FL        34482**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$304.99**

**3.244** Nonpriority creditor's name and mailing address

**Joshua Mignot**

**2345 Charleston Dr.**

**State College                PA        16801**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$291.99**

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.245** Nonpriority creditor's name and mailing address

**$507.99**

**Joshua Perleberg**

**2849 73rd Ave SE**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Buchanan** | **ND** | **58420** |

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.246** Nonpriority creditor's name and mailing address

**$391.99**

**Joshua Shipley**

**693 Eugenia Td**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Vero beach** | **FL** | **32963** |

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.247** Nonpriority creditor's name and mailing address

**$299.99**

**Jr Watkins**

**1012 Montclair Ct**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Bowling Green** | **KY** | **42103** |

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.248** Nonpriority creditor's name and mailing address

**$429.99**

**Karel Janda**

**Krajkov 281 281**

**Krajkova 281 35708 Czechia**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

Debtor    **Roberson Cartridge Co., LLC**                    Case number (if known)  **22-20192-7**

---

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | |
|---|---|
| **3.249**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**3.249**  Nonpriority creditor's name and mailing address            As of the petition filing date, the claim is:                    $267.49
*Check all that apply.*

**Katie Vandeusen**

**511 Mayfair Lane**                                ☐ Contingent
                                                   ☐ Unliquidated
**Suite 250**                                      ☐ Disputed

                                                   Basis for the claim:
**Naperville**              IL        60565         **Unsecured**

Date or dates debt was incurred                    Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __      ☑ No
                                                   ☐ Yes

---

**3.250**  Nonpriority creditor's name and mailing address            As of the petition filing date, the claim is:                    $235.99
*Check all that apply.*

**Keith Balderston**

**33437 Hampton Rd**                               ☐ Contingent
                                                   ☐ Unliquidated
                                                   ☐ Disputed

                                                   Basis for the claim:
**Eugene**                  OR        97405         **Unsecured**

Date or dates debt was incurred                    Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __      ☑ No
                                                   ☐ Yes

---

**3.251**  Nonpriority creditor's name and mailing address            As of the petition filing date, the claim is:                    $244.65
*Check all that apply.*

**Kelly Barnes**

**N14203 Northway Dr**                             ☐ Contingent
                                                   ☐ Unliquidated
                                                   ☐ Disputed

                                                   Basis for the claim:
**Amberg**                  WI        54102         **Unsecured**

Date or dates debt was incurred                    Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __      ☑ No
                                                   ☐ Yes

---

**3.252**  Nonpriority creditor's name and mailing address            As of the petition filing date, the claim is:                    $304.99
*Check all that apply.*

**Ken Oilschlager**

**303 Fox Hollow**                                 ☐ Contingent
                                                   ☐ Unliquidated
**Canton, MC 39046**                               ☐ Disputed

                                                   Basis for the claim:
                                                   **Unsecured**

Date or dates debt was incurred                    Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __      ☑ No
                                                   ☐ Yes

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |
|---|---|---|---|

**Part 2:**   **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.253** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$282.52** |
|---|---|---|

Check all that apply.

**Ken Swenson**

**PO Box 294**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

| **Orangefield** | **TX** | **77639** |
|---|---|---|

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| **3.254** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$431.99** |
|---|---|---|

Check all that apply.

**Kendall Rinne**

**26682 Hamburger Hill Rd**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

| **Concordia** | **MO** | **64020** |
|---|---|---|

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| **3.255** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$302.49** |
|---|---|---|

Check all that apply.

**Kenneth Tuckwell**

**30460 Deer Creek Rd**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

| **Ashland** | **WI** | **54806** |
|---|---|---|

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| **3.256** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$487.99** |
|---|---|---|

Check all that apply.

**Kent Davenport**

**4340 Aukai Ave**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

| **Honolulu** | **HI** | **96816** |
|---|---|---|

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Debtor    **Roberson Cartridge Co., LLC**                     Case number (if known)  **22-20192-7**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.257**   **Nonpriority creditor's name and mailing address**

**Kent Doane**

**2818 Hanpton Arbor Circle**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$403.99

**Chesterfield**          **VA**    **23832**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.258**   **Nonpriority creditor's name and mailing address**

**Ketema Harris**

**507 Granite Circle**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$235.99

**Chuluota**          **FL**    **32766**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.259**   **Nonpriority creditor's name and mailing address**

**Kevin Coulter**

**167 Ski Hill Rd**

**Bethany, ON L0A**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$181.00

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.260**   **Nonpriority creditor's name and mailing address**

**Kevin Fransen**

**2738 CR 152**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$519.59

**Kenedy**          **TX**    **78119**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **Roberson Cartridge Co., LLC**                                    Case number (if known)  **22-20192-7**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.261** Nonpriority creditor's name and mailing address

**Kevin Herrick**

**3810 Foxglove Ln**

**Winnebago**          IL          **61088**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$300.49**

---

**3.262** Nonpriority creditor's name and mailing address

**Kevin Homa**

**18 Run St**

**Pittsburghcarnegie**          PA          **15106**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$439.99**

---

**3.263** Nonpriority creditor's name and mailing address

**Kevin Knowles**

**18518 48th St NE**

**Snohomish**          WA          **98290**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$239.99**

---

**3.264** Nonpriority creditor's name and mailing address

**Kevin Null**

**PO Box 756**

**Ackerman**          MS          **39735**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,584.97**

---

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.265** | Nonpriority creditor's name and mailing address | | $378.86 |

**Kirby Evans**

**230 Harmon Rd**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Marshall** | **TX** | **75672** |

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| **3.266** | Nonpriority creditor's name and mailing address | | $322.49 |

**Kirby Voegete**

**300 N. Main**

**PO Box 206**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Watford City** | **ND** | **58854** |

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| **3.267** | Nonpriority creditor's name and mailing address | | $317.49 |

**Kirk McCormick**

**4940 Sunbird Cliffs Dr.**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Colorado Springs** | **CO** | **80919** |

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| **3.268** | Nonpriority creditor's name and mailing address | | $567.00 |

**Konstantinos Diamadis**

**Leof Anabissoy 45 km**

**Kalivia, I 19010**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| Debtor | **Roberson Cartridge Co., LLC** | | Case number (if known) | **22-20192-7** |
|---|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.269**  Nonpriority creditor's name and mailing address

**Kristi Ponczak**

**9371 E. Maple Dr.**

**Scottsdale**        **AZ**    **85255**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$929.99**

**3.270**  Nonpriority creditor's name and mailing address

**Kyle Lewis**

**30303 18th Ave SW**

**Federal Way**        **WA**    **98023**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$273.99**

**3.271**  Nonpriority creditor's name and mailing address

**Kyle Yu**

**10 Helen Ave**

**Vaughn ON L4J 1J7**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$372.00**

**3.272**  Nonpriority creditor's name and mailing address

**Lance Dorin**

**3181 Hungarytown Rd**

**Blackstone**        **VA**    **23824**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$303.99**

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |
|---|---|---|---|

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.273**    Nonpriority creditor's name and mailing address

**Larry Burdge**

**518 Chitwood Rd**

**Baldwin                        GA        30511**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$414.99**

**3.274**    Nonpriority creditor's name and mailing address

**Lee Inglis**

**525 Yarrawonga Rd**

**Benalla, VIC 3672**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$269.00**

**3.275**    Nonpriority creditor's name and mailing address

**Leon Kranen**

**Past. Knippenberghstr.62**

**Helden, NA 5988 CW**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$284.50**

**3.276**    Nonpriority creditor's name and mailing address

**Leslie Bowes**

**PO Box 872**

**Portage Lw Prairie, MB R1N 3C3**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$199.99**

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |
|---|---|---|---|

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.277** | Nonpriority creditor's name and mailing address |
|---|---|

**Lester Mathews**

**2311 Pine Tree Dr.**

| **Taylorville** | **IL** | **62568** |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☒ No
☐ Yes

**$266.49**

---

| **3.278** | Nonpriority creditor's name and mailing address |
|---|---|

**Levi Ross**

**181 Raven Rd**

| **Port Townsend** | **VA** | **98368** |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☒ No
☐ Yes

**$350.99**

---

| **3.279** | Nonpriority creditor's name and mailing address |
|---|---|

**Linde Gas and Equipment**

**Dept 0889**

**PO Box 120889**

| **Dallas** | **TX** | **75312-0889** |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Interest**

Is the claim subject to offset?
☒ No
☐ Yes

**$14.55**

---

| **3.280** | Nonpriority creditor's name and mailing address |
|---|---|

**Lonny Hytrek**

**445 SW 24th St**

| **Ontario** | **OR** | **97914** |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☒ No
☐ Yes

**$328.99**

---

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.281** Nonpriority creditor's name and mailing address

**Louis Braddi**

**15387 Robin Anne Lane**

**Monte Sereno**          **CA**    **95030**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$580.99**

**3.282** Nonpriority creditor's name and mailing address

**Lourens Havenga**

**9050 Wildcat Rd**

**Loveland**          **CO**    **80538**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$306.49**

**3.283** Nonpriority creditor's name and mailing address

**Lovas Peter**

**Kisfaludy u. 11**

**Balatonalmadi, VE 8220**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,103.00**

**3.284** Nonpriority creditor's name and mailing address

**Mark Becker**

**6221 West Valley View Dr.**

**Mountain Green**          **UT**    **84050**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$323.99**

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |

---

**Part 2:**  **Additional Page**

---

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.285** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Mark Burns**

**86 W. Whipp Rd**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dayton**          **OH**    **45459**

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

| **3.286** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$330.00** |

**Mark Coates**

**118 Farrell Bay**

**Ft. McMurray, AB T9K 1N8**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

| **3.287** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$235.99** |

**Mark Cordeiro**

**2500 Oxford Ave**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Turlock**          **CA**    **95382**

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

| **3.288** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$216.49** |

**Mark Daly**

**614 E. 24th St**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Cheyenne**          **WY**    **82001**

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |
|---|---|---|---|

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.289** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19.99 |
|---|---|---|

**Mark Goldstein**

**3146 N. Southport Ave**

**Apt 1**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Chicago** | **IL** | **60657** |

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.290** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $943.99 |
|---|---|---|

**Mark Gulbrandson**

**7338 N. Mystic Canyon Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Tucson** | **AZ** | **85718** |

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.291** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $386.66 |
|---|---|---|

**Mark Herfort**

**2200 Avenue H**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Rosenburg** | **TX** | **77471** |

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.292** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $631.99 |
|---|---|---|

**Mark Lembke**

**23910 Sun Coumdry Lane**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Rapid City** | **SD** | **57702** |

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |
|---|---|---|---|

**Part 2:**    **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.293** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$313.49** |
|---|---|---|---|

**Mark Mcdonald**

**11430 Rist Canyon Rd**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Bellvue** | **CO** | **80512** |
|---|---|---|

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| **3.294** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$273.99** |
|---|---|---|---|

**Mark Raymond**

**4000 Pierce St 137**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Riverside** | **CA** | **92505** |
|---|---|---|

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| **3.295** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$519.99** |
|---|---|---|---|

**Mark Wilkinson**

**8 Cullen Rd**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Huntington** | **MA** | **01050** |
|---|---|---|

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| **3.296** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$405.00** |
|---|---|---|---|

**Mark Wood**

**3552 Hazel Grove**

**Regina, SK S4V 2S7**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

| Debtor | **Roberson Cartridge Co., LLC** | | Case number (if known) | **22-20192-7** |
|---|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.297** | Nonpriority creditor's name and mailing address |
|---|---|

**Marshall Field**

**551 5th Ave Suite 2800**

| New York | NY | 10176 |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

$1,359.99

---

| **3.298** | Nonpriority creditor's name and mailing address |
|---|---|

**Martin Wade**

**40 Hickory Lane**

| Watertown | TN | 37184 |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

$294.99

---

| **3.299** | Nonpriority creditor's name and mailing address |
|---|---|

**Marvin Hines**

**18883 W. Havasupia Dr.**

| Casa Grande | AZ | 85122 |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

$205.99

---

| **3.300** | Nonpriority creditor's name and mailing address |
|---|---|

**Marvin Quillen**

**1005 irene Dr.**

| Mesquite | TX | 75149 |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

$369.12

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.301** Nonpriority creditor's name and mailing address

**Mathew Macphail**

**225 Street 3018**

**Bellevue, AB T0K 0C0**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**$309.00**

**3.302** Nonpriority creditor's name and mailing address

**Matt Banholzer**

**PO Box 265**

**Rolla          MO     65402**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**$612.50**

**3.303** Nonpriority creditor's name and mailing address

**Matt Calkins**

**9372 Vista Hill Way**

**Lone Tree          CO     80124**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**$1,511.99**

**3.304** Nonpriority creditor's name and mailing address

**Matt Kpooipz**

**5318 S. Winsor Dr.**

**Battlefield          MO     65619**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**$557.89**

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |
|---|---|---|---|

**Part 2:**   **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.305** | Nonpriority creditor's name and mailing address | | **$1,094.98** |
|---|---|---|---|

**Matthew Blackall**

**162 W. King Arthur Ct**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Palatine** | IL | 60067 |
|---|---|---|

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| **3.306** | Nonpriority creditor's name and mailing address | | **$840.49** |
|---|---|---|---|

**Matthew Braun**

**9652 Yorkshire Estates St**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **St. Louis** | MO | 63126 |
|---|---|---|

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| **3.307** | Nonpriority creditor's name and mailing address | | **$339.49** |
|---|---|---|---|

**Matthew Kurtz**

**2312 Steamboat Hollow Lane**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Wildwood** | MO | 63038 |
|---|---|---|

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| **3.308** | Nonpriority creditor's name and mailing address | | **$423.19** |
|---|---|---|---|

**Matthew Slover**

**322 Barnes Lane**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Butler** | KY | 41006 |
|---|---|---|

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number   __ __ __ __

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.309**  Nonpriority creditor's name and mailing address

**Maurice Taylor**

**32610 Autumn Forest Ct**

**Magnolia**                    **TX**    **77354**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☒ No
☐ Yes

**$652.20**

**3.310**  Nonpriority creditor's name and mailing address

**Max Liggett**

**874 Country Lane**

**Houston**                    **TX**    **77024**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☒ No
☐ Yes

**$424.33**

**3.311**  Nonpriority creditor's name and mailing address

**Melissa Kish**

**1968 Mars Hill Rd**

**Irwin**                    **PA**    **15642**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☒ No
☐ Yes

**$288.99**

**3.312**  Nonpriority creditor's name and mailing address

**Michael Arseneault**

**4645 E. Coachlight Ln**

**Tucson**                    **AZ**    **85718**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☒ No
☐ Yes

**$387.19**

Debtor    **Roberson Cartridge Co., LLC**    Case number (if known)    **22-20192-7**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.313**    Nonpriority creditor's name and mailing address

**Michael Blair**

**10415 S. Settlers Bend Rd**

**South Jordan**            **UT**      **84095**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$1,035.98**

**3.314**    Nonpriority creditor's name and mailing address

**Michael Carter**

**1333 Sanden Ferry Dr.**

**Decatur**            **GA**      **30033**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$389.99**

**3.315**    Nonpriority creditor's name and mailing address

**Michael Erdman**

**1520 Encino Dr.**

**Escondido**            **CA**      **92025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$657.98**

**3.316**    Nonpriority creditor's name and mailing address

**Michael Hardin**

**7415 E. Calico Trail**

**Orange**            **CA**      **92869**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$494.99**

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |

---

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.317** | Nonpriority creditor's name and mailing address | | **$312.83** |

**Michael Haring**

**5021 Justin St, Suite B**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nacogdoches**          **TX**    **75965**

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| **3.318** | Nonpriority creditor's name and mailing address | | **$302.49** |

**Michael Hicks**

**3909 Hwy 97**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Molino**          **FL**    **32577**

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| **3.319** | Nonpriority creditor's name and mailing address | | **$376.16** |

**Michael Hubert**

**11400 Will CLayton Parkway**

**#2204**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Humble**          **TX**    **77346**

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| **3.320** | Nonpriority creditor's name and mailing address | | **$267.49** |

**Michael Irwin**

**8794 Elmburg Rd**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Bagdad**          **KY**    **40003**

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.321**    Nonpriority creditor's name and mailing address

**Michael Lastoria**

**PO Box 438**

**Omemee, ON K0L 2W0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$849.50**

---

**3.322**    Nonpriority creditor's name and mailing address

**Michael Maynard**

**4939 Oat Fields Dr.**

**Myrtle Beach**     **SC**    **29588**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$403.99**

---

**3.323**    Nonpriority creditor's name and mailing address

**Michael Piawlcok**

**162 Bonanza Dr.**

**Bryant Pond**     **ME**    **04219**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$237.49**

---

**3.324**    Nonpriority creditor's name and mailing address

**Michael Pygram**

**4 Caernarvon Court**

**Wodonga, VIC 3690**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$275.00**

---

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |
|--------|--------------------------------|------------------------|---------------|

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.325** Nonpriority creditor's name and mailing address

**Michael Totta**

**12652 Hubbard St**

**Sylmar**           **CA**    **91342**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$365.24**

---

**3.326** Nonpriority creditor's name and mailing address

**Michael Valek**

**3274 E. Loas Altos Rd**

**Gilbert**          **AZ**    **85297**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$569.99**

---

**3.327** Nonpriority creditor's name and mailing address

**Michael Watcher**

**1650 Appaloosa Dr.**

**Sumter**           **SC**    **29154**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$349.99**

---

**3.328** Nonpriority creditor's name and mailing address

**Michael Watson**

**3680 Randall St**

**Jacksonville**     **FL**    **32205**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$434.00**

---

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.329** | Nonpriority creditor's name and mailing address | | **$762.72** |
|---|---|---|---|

**Michal Hyrlik**

**101 Morning Dove Court**

**Argyle**                    **TX**    **76226**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

---

| **3.330** | Nonpriority creditor's name and mailing address | | **$515.00** |
|---|---|---|---|

**Mike Read**

**170 Balmoral Rd**

**Risdon Park Port Pirie,SA 5540**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

---

| **3.331** | Nonpriority creditor's name and mailing address | | **$567.99** |
|---|---|---|---|

**Mike Wood**

**PO Box 773**

**Talkeetna**                    **AK**    **99616**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

---

| **3.332** | Nonpriority creditor's name and mailing address | | **$1,139.98** |
|---|---|---|---|

**Mike Wood**

**2732 S 820 W**

**Perry**                    **UT**    **84302**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |
|---|---|---|---|

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.333**    Nonpriority creditor's name and mailing address

**Miles Crandall**

**6405 53rd ave**

**Ponoka, AB T4J 1T9**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$580.00**

---

**3.334**    Nonpriority creditor's name and mailing address

**Mitch Seil**

**3291 Wilson Creek Rd**

| Ellensburg | WA | 98926 |
|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$268.99**

---

**3.335**    Nonpriority creditor's name and mailing address

**Mitchell Morrison**

**61 Sunnydale Court**

| Deatsville | AL | 36022 |
|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$327.49**

---

**3.336**    Nonpriority creditor's name and mailing address

**Nathaniel Kuhle**

**534 S. Washington St**

| Casper | WY | 82601 |
|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$552.49**

---

Debtor   **Roberson Cartridge Co., LLC**                    Case number (if known)   **22-20192-7**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.337** | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$184.99

**Nicholas Tuzzio**

☐ Contingent
☐ Unliquidated
☐ Disputed

**516 Long Beach Rd**

Basis for the claim:
**Unsecured**

**Island Park**                    **NY**     **11558**

Date or dates debt was incurred   _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

| **3.338** | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$288.99

**Nick Keske**

☐ Contingent
☐ Unliquidated
☐ Disputed

**9322 45th Ave N**

Basis for the claim:
**Unsecured**

**New Hope**                    **MN**     **55428**

Date or dates debt was incurred   _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

| **3.339** | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$294.00

**Nick Marculescu**

☐ Contingent
☐ Unliquidated
☐ Disputed

**36 Henley Dr**

**St. Catharines, ON L2N 4A9**

Basis for the claim:
**Unsecured**

Date or dates debt was incurred   _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

| **3.340** | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$559.00

**Oscar Campos**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Rua Dr. Prior Cura Racho N 46**

**Agueda, NA 03750**

Basis for the claim:
**Unsecured**

Date or dates debt was incurred   _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |
|--------|--------|--------|--------|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.341** Nonpriority creditor's name and mailing address

**Pat Jenkins**

**2931 Driftwood Ln**

**Rock Springs**          **WY    82901**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☒ No
☐ Yes

**$599.99**

---

**3.342** Nonpriority creditor's name and mailing address

**Pat Rucker**

**90 Olympic**

**Wetumpaka**          **AL    36093**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☒ No
☐ Yes

**$1,079.99**

---

**3.343** Nonpriority creditor's name and mailing address

**Patrick Lagerstedt**

**244 Fisher Dr.**

**Sweden**          **PA    16915**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☒ No
☐ Yes

**$303.55**

---

**3.344** Nonpriority creditor's name and mailing address

**Patrick Mcdunn**

**25 Franklin St**

**Warren**          **PA    16365**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☒ No
☐ Yes

**$459.99**

---

Debtor    **Roberson Cartridge Co., LLC**          Case number (if known)  **22-20192-7**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.345** | Nonpriority creditor's name and mailing address

**Paul Birmingham**

**PO Box 1174**

Waterford            CA      95386

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

$447.98

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.346** | Nonpriority creditor's name and mailing address

**Paul Braden**

**6404 W. Buttercup Unit A**

USAF Academy         CO      80840

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

$597.99

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.347** | Nonpriority creditor's name and mailing address

**Paul Hoenke**

**3351 Hwy 2921**

De Leon              TX      76444

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

$356.13

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.348** | Nonpriority creditor's name and mailing address

**Paul Patterson**

**900 Kings Point Court**

Modesto              CA      95355

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

$252.49

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?

☑ No
☐ Yes

---

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |
|---|---|---|---|

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.349**  Nonpriority creditor's name and mailing address

**Paul Post**

**70265 Country Rd 18**

**Scottsbluff**                    **NE**      **69361**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$459.99**

---

**3.350**  Nonpriority creditor's name and mailing address

**Paul Schydlowski**

**Blinge 552 Adressrad 2**

**Orkelljunga, NA 28691**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$665.00**

---

**3.351**  Nonpriority creditor's name and mailing address

**Peter Garrson**

**37 Coleman Ave East**

**Chatham**                    **NJ**      **07928**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$377.99**

---

**3.352**  Nonpriority creditor's name and mailing address

**Peter Janssen**

**100 Fruit St**

**Peru**                    **IL**      **61354**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$768.49**

---

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.353** | Nonpriority creditor's name and mailing address | | **$4,519.99** |

**Peter Sharp**

**PO Box 15**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

| **Weton** | **VT** | **05161** |

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number    __ __ __ __

---

| **3.354** | Nonpriority creditor's name and mailing address | | **$326.99** |

**Phill Stoker**

**PO Box 54**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

| **Corvallis** | **MT** | **59828** |

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number    __ __ __ __

---

| **3.355** | Nonpriority creditor's name and mailing address | | **$2,023.99** |

**Phillip Netznik**

**22657 S. Spencer Rd**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

| **New Lenox** | **IL** | **60451** |

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number    __ __ __ __

---

| **3.356** | Nonpriority creditor's name and mailing address | | **$297.99** |

**Phillip Sample**

**25 Conley Dr.**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

| **Florak** | **AR** | **72534** |

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number    __ __ __ __

---

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.357** Nonpriority creditor's name and mailing address

**Pierre Burkett**

**2763 N. 49th State St.**

**Palmer**            AK      99645

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$457.50**

---

**3.358** Nonpriority creditor's name and mailing address

**Pieter Van Jaarsveld**

**519 S. Rd 90 W**

**Rexford**            KS      67753

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$987.49**

---

**3.359** Nonpriority creditor's name and mailing address

**Preston Stotts**

**36555 Flight Bound Ave**

**Sterling**            AK      99672

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$381.19**

---

**3.360** Nonpriority creditor's name and mailing address

**Pro Martusheff**

**PO Box 870636**

**Wasilla**            AK      99687

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,528.58**

---

Debtor **Roberson Cartridge Co., LLC**                          Case number (if known) **22-20192-7**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.361** Nonpriority creditor's name and mailing address

**Quenten Cole**

**152 Locke Cutoff Rd**

**Cusick** **WA** **99199**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$336.66**

---

**3.362** Nonpriority creditor's name and mailing address

**Ralph Granzin**

**707 Sheryl Ln**

**Longview** **TX** **75604**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$378.88**

---

**3.363** Nonpriority creditor's name and mailing address

**Ralph Linaweaver**

**275 Wilson Mill Rd**

**Oxford** **PA** **19363**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$367.49**

---

**3.364** Nonpriority creditor's name and mailing address

**Ralph Wong**

**PO Box 99**

**Marana** **AZ** **85653**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$345.99**

---

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |

<table>
<tr><td>**Part 2:**</td><td>**Additional Page**</td></tr>
</table>

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.365 | Nonpriority creditor's name and mailing address | | | As of the petition filing date, the claim is: | | **$2,071.24** |

**Randall Kaufman**

**4111 University Dr**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Coral Gables** | | **FL** | **33146** |

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

| 3.366 | Nonpriority creditor's name and mailing address | | | As of the petition filing date, the claim is: | | **$328.99** |

**Randall Sanderson**

**450 Lamar Rd**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Guin** | | **AL** | **35563** |

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

| 3.367 | Nonpriority creditor's name and mailing address | | | As of the petition filing date, the claim is: | | **$633.99** |

**Randy Long**

**207 La Jolla Dr.**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Newport Beach** | | **CA** | **92663** |

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

| 3.368 | Nonpriority creditor's name and mailing address | | | As of the petition filing date, the claim is: | | **$260.99** |

**Randy Riles**

**1307 N. Canal**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Carlsbad** | | **NM** | **88220** |

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |
|---|---|---|---|

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.369**   Nonpriority creditor's name and mailing address

**Ranid May**

**25064 Hall Rd**

Cheshire                OR      97419

$210.99

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

**3.370**   Nonpriority creditor's name and mailing address

**Raymond Piatedose**

**2174 W. County Rd 500 N**

Shelburn               IN      47879

$289.99

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

**3.371**   Nonpriority creditor's name and mailing address

**Reese Ande**

**8008 NE West Port Madison Rd**

Bainbridge Island       WA      98110

$297.99

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

**3.372**   Nonpriority creditor's name and mailing address

**Rene Kromes**

**Dorfstrasse 11**

**Stopfenreuth, NA 2292**

$4,880.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |
|---|---|---|---|

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.373** Nonpriority creditor's name and mailing address

**Rich Spagna**

**6711 Dublin Center Dr.**

**Dublin**            **OH**    **43017**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$697.99**

**3.374** Nonpriority creditor's name and mailing address

**Richard Cotton**

**PO Box 39**

**Kipling**            **NC**    **27543**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$995.99**

**3.375** Nonpriority creditor's name and mailing address

**Richard Coxall**

**33895 Calle Acordarse**

**San Juan Capistrano**      **CA**    **92675**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$439.99**

**3.376** Nonpriority creditor's name and mailing address

**Richard Duffy**

**5811 Flowing Springs Rd**

**Shenandoah Junction**      **WV**    **25442**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$235.99**

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| **3.377** | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$599.99**

**Richard Hurst**

☐ Contingent
☐ Unliquidated
☐ Disputed

**4464 S. 6700 W**

Basis for the claim:
**Unsecured**

| **Hooper** | **UT** | **84315** |
|---|---|---|

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

| **3.378** | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$278.99**

**Richard Long**

☐ Contingent
☐ Unliquidated
☐ Disputed

**301 Iverleigh Ln**

Basis for the claim:
**Unsecured**

| **Jacksonville** | **NC** | **28540** |
|---|---|---|

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

| **3.379** | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$305.80**

**Richard Long**

☐ Contingent
☐ Unliquidated
☐ Disputed

**2522 Leichester**

Basis for the claim:
**Unsecured**

| **Spring** | **TX** | **77386** |
|---|---|---|

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

| **3.380** | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$263.99**

**Richard Taylor**

☐ Contingent
☐ Unliquidated
☐ Disputed

**25077 Great Cove Rd**

Basis for the claim:
**Unsecured**

| **McConnellsburg** | **PA** | **17233** |
|---|---|---|

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.381** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$474.99** |

**Rob Cooper**

**2940 Mustang Dr**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| New Bren | NC | 28562 |

Basis for the claim: **Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

- ☑ No
- ☐ Yes

| **3.382** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$579.99** |

**Rob Mccy**

**12176 Tipton Hwy**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Tipton | MI | 49287 |

Basis for the claim: **Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

- ☑ No
- ☐ Yes

| **3.383** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$474.99** |

**Robert Armstrong**

**1007 Colony Dr.**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| New Bren | NC | 28562 |

Basis for the claim: **Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

- ☑ No
- ☐ Yes

| **3.384** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$561.49** |

**Robert Avila**

**PO Box 925**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Half Moon Bay | CA | 94019 |

Basis for the claim: **Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

- ☑ No
- ☐ Yes

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| **3.385** | Nonpriority creditor's name and mailing address |
|---|---|

**Robert Bass**

**747 Shady Hillside Rd**

**Bozeman**                    **MT**     **59715**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☒ No
☐ Yes

**$259.99**

---

| **3.386** | Nonpriority creditor's name and mailing address |
|---|---|

**Robert Harrison**

**2510 East Sunset Rd**

**Suite 5-364**

**Las Vegas**                    **NV**     **89120**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☒ No
☐ Yes

**$739.98**

---

| **3.387** | Nonpriority creditor's name and mailing address |
|---|---|

**Robert Kivela**

**305 N. Auburn Ave**

**Eveleth**                    **MN**     **55734**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☒ No
☐ Yes

**$966.49**

---

| **3.388** | Nonpriority creditor's name and mailing address |
|---|---|

**Robert Morgan II**

**61 Rooster Cv**

**Brevard**                    **NC**     **28712**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☒ No
☐ Yes

**$570.99**

---

Debtor    **Roberson Cartridge Co., LLC**    Case number (if known)  **22-20192-7**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.389** Nonpriority creditor's name and mailing address

**Robert Motheral**

**209 N. Myrtle Ave**

**Monrovia** **CA** **91016**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

**$626.49**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.390** Nonpriority creditor's name and mailing address

**Robert Parsons**

**184 Green Oaks Dr.**

**Grayson** **KY** **41143**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

**$490.98**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.391** Nonpriority creditor's name and mailing address

**Robert Ruhl**

**7961 County Road 30**

**Galion** **OH** **44833**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

**$330.00**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.392** Nonpriority creditor's name and mailing address

**Robert Widdop**

**1036 Springhouse Dr**

**Ambler** **PA** **19002**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

**$238.99**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.393** Nonpriority creditor's name and mailing address

**Robert Zielke**

**701 Maple St.**

**Fowler**                    **KS        67844**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$348.99**

---

**3.394** Nonpriority creditor's name and mailing address

**Robet Cox**

**123 W. Commerce, Suite 407**

**Altus**                    **OK        73521**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$570.99**

---

**3.395** Nonpriority creditor's name and mailing address

**Robin Foote**

**2/188 Norman Lesser Dr**

**St Johns, AK 1072**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$521.00**

---

**3.396** Nonpriority creditor's name and mailing address

**Robin Foote**

**2/188 Norman Lesser Dr**

**St Johns, AK 1072**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$420.00**

---

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.397** | Nonpriority creditor's name and mailing address |
|---|---|

**Rodney Royer**

**50 Skinner Meadow Rd**

**Jackson, MY 59736**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

**$348.99**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.398** | Nonpriority creditor's name and mailing address |
|---|---|

**Roger Jeppson**

**2125 Eva Adams Dr.**

**Reno                      NV      89509**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

**$244.99**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.399** | Nonpriority creditor's name and mailing address |
|---|---|

**Roger Robb**

**101 Picadilly Rd**

**Port Matilda                PA      16870**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

**$631.99**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.400** | Nonpriority creditor's name and mailing address |
|---|---|

**Ron Hymas**

**2959 W. 3825 S**

**West Haven                UT      84401**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

**$403.99**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Roberson Cartridge Co., LLC** | | Case number (if known) | **22-20192-7** |
|---|---|---|---|---|

---

**Part 2:**     **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.401** | Nonpriority creditor's name and mailing address |
|---|---|

Ron Poppe

1321 4th St

Wenatchee                    WA    98801

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$244.99**

| **3.402** | Nonpriority creditor's name and mailing address |
|---|---|

Ron Yancey

162 L and M Trce

Shelby                    AL    35143

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$294.99**

| **3.403** | Nonpriority creditor's name and mailing address |
|---|---|

Ronald Reu

57 Jewel Dr.

Winfield                    MO    63389

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$291.99**

| **3.404** | Nonpriority creditor's name and mailing address |
|---|---|

Rowdy Gingerich

268 Little Bear Ln

Victor                    MT    59875

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$322.49**

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| **3.405** | Nonpriority creditor's name and mailing address | **$280.00** |
|---|---|---|

**Roy Knight**

**7242 County Rd 331**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Silt** | **CO** | **81652** |

**Basis for the claim:**
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| **3.406** | Nonpriority creditor's name and mailing address | **$305.99** |
|---|---|---|

**Roy Williams**

**66 S. Skye Dr.**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Nampa** | **ID** | **83651** |

**Basis for the claim:**
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| **3.407** | Nonpriority creditor's name and mailing address | **$270.00** |
|---|---|---|

**Russell Scott**

**2917 W 19th Ave Trlr 43**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Kennewick** | **WA** | **99337** |

**Basis for the claim:**
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| **3.408** | Nonpriority creditor's name and mailing address | **$1,095.00** |
|---|---|---|

**Ryan Blair**

**11514 Laurens way**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Montgomery** | **TX** | **77316** |

**Basis for the claim:**
**Taxes**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.409 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is: *Check all that apply.*

**Ryan Gutridge**

**11880 Betts Rd**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Unsecured**

| Greenbrier | TN | 37073 |

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

**$199.99**

| 3.410 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is: *Check all that apply.*

**Ryan Maloney**

**6 Lakeshore Dr.**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Unsecured**

| Newtown Square | PA | 19073 |

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

**$288.99**

| 3.411 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is: *Check all that apply.*

**Ryan Schams**

**N1555 Meadow Ridge Rd**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Unsecured**

| La Crosse | WI | 54601 |

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

**$489.99**

| 3.412 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is: *Check all that apply.*

**Salvatore Palazzo**

**127 Chelsea Ave**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Unsecured**

| Long Branch | NJ | 07740 |

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

**$368.99**

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |
|---|---|---|---|

**Part 2:**    **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.413 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$346.39**

**Sam Schaefer**

**901 NE Loop 410**

**Suite 909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

| **San Antonio** | **TX** | **78209** |

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| 3.414 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$324.79**

**Samuel Adams**

**3225 Boxwood Dr**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

| **Montgomery** | **AL** | **36111** |

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| 3.415 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$532.99**

**Samuel Kurek**

**740 Orchard Rd**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

| **Delta** | **PA** | **17314** |

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| 3.416 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$840.49**

**Scott Baker**

**PO Box 1167**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

| **Wildomar** | **CA** | **92595** |

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |
| --- | --- | --- | --- |

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.417** | Nonpriority creditor's name and mailing address |
| --- | --- |

**$0.00**

**Scott Brozier**

**Brozier & Buchanan Partners**

**320 SW l7th**

| **Amarillo** | **TX** | **79101** |
| --- | --- | --- |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Accounting fees**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

| **3.418** | Nonpriority creditor's name and mailing address |
| --- | --- |

**$671.99**

**Scott Crawford**

**4808 West 21st Ave**

| **Kennewick** | **WA** | **99338** |
| --- | --- | --- |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

| **3.419** | Nonpriority creditor's name and mailing address |
| --- | --- |

**$302.99**

**Scott Donn**

**2381 Buck Ridge Trail**

| **Loxahatchee** | **FL** | **33470** |
| --- | --- | --- |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

| **3.420** | Nonpriority creditor's name and mailing address |
| --- | --- |

**$222.98**

**Scott Lange**

**730 S. Front St.**

| **Fort Davis** | **TX** | **79734** |
| --- | --- | --- |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

| Debtor | Roberson Cartridge Co., LLC | Case number (if known) | 22-20192-7 |

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.421** Nonpriority creditor's name and mailing address

Scott Sossaman

2795 E. Tamarisk St

Gilbert                          AZ        85296

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Unsecured**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Unknown**

---

**3.422** Nonpriority creditor's name and mailing address

Scott Wertzberger

34618 K99 Hwy

Alma                             KS        66401

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Unsecured**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$300.99**

---

**3.423** Nonpriority creditor's name and mailing address

Scottie Freestone

8752 Pierce Way, Apt 125

Arvada                           CO        80003

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Unsecured**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$859.99**

---

**3.424** Nonpriority creditor's name and mailing address

Shivroop Gill

5821 Amber Ridge Dr

Bakersfield                      CA        93313

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Unsecured**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$199.99**

---

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.425**  Nonpriority creditor's name and mailing address

**Sonya Reid**

**19321 18th Ave Ct E**

**Spanaway**                    **WA**    **98387**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$198.99**

---

**3.426**  Nonpriority creditor's name and mailing address

**Spencer Brown**

**3510 James Monroe Ave**

**Battlel Mountain**            **NV**    **89820**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$330.99**

---

**3.427**  Nonpriority creditor's name and mailing address

**Stacy Stagner**

**6812 Fairway Dr**

**Vernon**                      **NY**    **13476**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$357.99**

---

**3.428**  Nonpriority creditor's name and mailing address

**Stan Peters**

**536 E. 2nd Ave**

**Castle Rock**                 **CO**    **80108**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$244.99**

---

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.429** Nonpriority creditor's name and mailing address

Stephen Craig

730 New Hampshire St

Suite 206

Lawrence            KS      66044

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

$563.99

---

**3.430** Nonpriority creditor's name and mailing address

Stephen Ireland

10841 N.140th Way

Scottsdale           AZ      85259

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

$2,063.49

---

**3.431** Nonpriority creditor's name and mailing address

Stephen Templar

203 Grander Dr

Wexofrd              PA      15090

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

$467.49

---

**3.432** Nonpriority creditor's name and mailing address

Steve Greer

1914 Jackson Ave

Memphis              TN      38107

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

$253.49

---

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.433** | Nonpriority creditor's name and mailing address | | **$550.99** |
|---|---|---|---|

Steve Keinath

0864 County Rd 339

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Parachute | CO | 81635 |
|---|---|---|

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| **3.434** | Nonpriority creditor's name and mailing address | | **$412.49** |
|---|---|---|---|

Steven Fox

3 French Circle

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Pittsfield | NH | 03263 |
|---|---|---|

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| **3.435** | Nonpriority creditor's name and mailing address | | **$242.49** |
|---|---|---|---|

Steven Harris

715 Grand Ave

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Ardmore | OK | 73401 |
|---|---|---|

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| **3.436** | Nonpriority creditor's name and mailing address | | **$244.63** |
|---|---|---|---|

Steven Warner

9100 Calera Drive, Unit 4

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Austin | TX | 78735 |
|---|---|---|

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.437** | **Nonpriority creditor's name and mailing address** | | **$409.99** |
|---|---|---|---|

**Stewart Clark**

**730 Horseneck Road**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Waverly** | **WV** | **26184** |

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.438** | **Nonpriority creditor's name and mailing address** | | **$302.49** |
|---|---|---|---|

**Taylor Larrabee**

**2070 S. Carr St**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Wasilla** | **AK** | **99654** |

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.439** | **Nonpriority creditor's name and mailing address** | | **$328.99** |
|---|---|---|---|

**Ted Sitek**

**8320 E. Citrus Way**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Scottsdale** | **AZ** | **85250** |

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.440** | **Nonpriority creditor's name and mailing address** | | **$335.99** |
|---|---|---|---|

**Terrence Rohrer**

**6 Rolling Hills Dr.**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Minot** | **ND** | **58703** |

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Roberson Cartridge Co., LLC** | | Case number (if known) | **22-20192-7** |
| --- | --- | --- | --- | --- |

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.441** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$190.99** |

*Check all that apply.*

**Terry Amadon**

**543 E. Boulder**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Unsecured**

| **McLeod** | **MT** | **59052** |

**Date or dates debt was incurred**

**Is the claim subject to offset?**

**Last 4 digits of account number** ___ ___ ___ ___

☑ No
☐ Yes

| **3.442** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$297.49** |

*Check all that apply.*

**Theis Protov**

**48511 Hwy 437**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Unsecured**

| **Enon** | **LA** | **70438** |

**Date or dates debt was incurred**

**Is the claim subject to offset?**

**Last 4 digits of account number** ___ ___ ___ ___

☑ No
☐ Yes

| **3.443** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,189.99** |

*Check all that apply.*

**Theodore Condas**

**891 East Arrowhead Lane**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Unsecured**

| **Salt Lake City** | **UT** | **84107** |

**Date or dates debt was incurred**

**Is the claim subject to offset?**

**Last 4 digits of account number** ___ ___ ___ ___

☑ No
☐ Yes

| **3.444** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$403.99** |

*Check all that apply.*

**Thomas Bell**

**277 Robinson Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Unsecured**

| **Tustin** | **CA** | **92782** |

**Date or dates debt was incurred**

**Is the claim subject to offset?**

**Last 4 digits of account number** ___ ___ ___ ___

☑ No
☐ Yes

Debtor   **Roberson Cartridge Co., LLC**                    Case number (if known)   **22-20192-7**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.445**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$198.99**

**Thomas Brotski**

**N10567 County Road D**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

**Tomahawk**                **WI**      **54487**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    ___ ___ ___ ___

☑ No
☐ Yes

**3.446**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$228.99**

**Thomas Carboy**

**PO Box 313 1298 Rt. 209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

**Cuddebackville**             **NY**      **12729**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    ___ ___ ___ ___

☑ No
☐ Yes

**3.447**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$274.40**

**Thomas Greer**

**514 Shadow Point**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

**San Marcos**                **TX**      **78666**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    ___ ___ ___ ___

☑ No
☐ Yes

**3.448**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$325.99**

**Thomas Harding**

**1013 S. Jeffers St**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

**North Platte**              **NE**      **69101**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    ___ ___ ___ ___

☑ No
☐ Yes

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |
| --- | --- | --- | --- |

**Part 2:**    **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.449** | Nonpriority creditor's name and mailing address |
| --- | --- |

Thomas Hicks

470 S. Cokesbury Td

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$330.99**

| Henderson | NC | 27537 |
| --- | --- | --- |

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| **3.450** | Nonpriority creditor's name and mailing address |
| --- | --- |

Thomas Hill

1122 W. Two Rivers Ln

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,179.96**

| Eagle | ID | 83616 |
| --- | --- | --- |

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| **3.451** | Nonpriority creditor's name and mailing address |
| --- | --- |

Thomas Jackson

7407 E. Superstition Dr.

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$228.99**

| Kingman | AZ | 86401 |
| --- | --- | --- |

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| **3.452** | Nonpriority creditor's name and mailing address |
| --- | --- |

Thomas Launstein

1874 Hawley Rd

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$235.99**

| Leslie | MI | 49251 |
| --- | --- | --- |

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.453** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$278.99** |

**Thomas Mcquade**

**2307 Parkwood Ave**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Unsecured**

| **Ann Arbor** | **MI** | **48104** |

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| **3.454** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$238.99** |

**Thomas Obrien**

**10015 278th Ave**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Unsecured**

| **Trevor** | **WI** | **53179** |

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| **3.455** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$368.99** |

**Thomas Pigott**

**119 Greger Ave SE**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Unsecured**

| **Huntsville** | **AL** | **35801** |

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| **3.456** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$180.00** |

**Thomas Prost**

**Am Hutenbrenneranger 24**

**8045 Graz**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Debtor **Roberson Cartridge Co., LLC**                    Case number (if known) **22-20192-7**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.457** | Nonpriority creditor's name and mailing address | | **$302.49** |
|---|---|---|---|

**Thomas Sipos**

**203 6th St**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Weatherly**              **PA**     **18255**

Basis for the claim:
**Unsecured**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| **3.458** | Nonpriority creditor's name and mailing address | | **$367.00** |
|---|---|---|---|

**Thomas Wood**

**2211 NW 119th St**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Vancouver**              **WA**     **98685**

Basis for the claim:
**Unsecured**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| **3.459** | Nonpriority creditor's name and mailing address | | **$184.79** |
|---|---|---|---|

**Tim Kautiainen**

**29052 Cedar Glen Court**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Santa Clarita**          **CA**     **91390**

Basis for the claim:
**Unsecured**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| **3.460** | Nonpriority creditor's name and mailing address | | **$674.99** |
|---|---|---|---|

**Tim Morgan**

**11193 Jerusalem Church Rd**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Hammond**                **LA**     **70403**

Basis for the claim:
**Unsecured**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.461** Nonpriority creditor's name and mailing address

**Timco Machine Tools, Inc**

**1720 North Juniper Ave**

**Broken Arrow**          **OK**    **74012**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Equipment repairs**

Is the claim subject to offset?
☑ No
☐ Yes

**$16,338.14**

---

**3.462** Nonpriority creditor's name and mailing address

**Timothy Gorman**

**1149 Sage St**

**Evanston**          **WY**    **82930**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$379.99**

---

**3.463** Nonpriority creditor's name and mailing address

**Timothy Harrington**

**11071 W. Lakeshore Dr.**

**Brimley**          **MI**    **49715**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$804.99**

---

**3.464** Nonpriority creditor's name and mailing address

**Todd Brewster**

**4125 Karg Industrial Pkwy**

**Kent**          **OH**    **44470**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$551.49**

---

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |
|--------|--------|--------|--------|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.465** | Nonpriority creditor's name and mailing address

**Tom Neuburger**

**91 Lombardy Lane**

**Orinda**          **CA**     **94563**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$273.99**

---

**3.466** | Nonpriority creditor's name and mailing address

**Ton Reiter**

**109 NE Edgewater Dr.**

**Lees Summit**       **MO**     **64064**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$389.99**

---

**3.467** | Nonpriority creditor's name and mailing address

**Tosh Policastr**

**608 Jade River Ct**

**Roseville**         **CA**     **95678**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$385.39**

---

**3.468** | Nonpriority creditor's name and mailing address

**Trevor Hall**

**4980 Clifton Glendale Rd**

**Spartanburg**       **SC**     **29307**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$439.99**

---

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.469** Nonpriority creditor's name and mailing address

**Troy Shadoan**

**2132 W. Main St, Ste C**

**Norman**      **OK**    **73069**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$583.98**

---

**3.470** Nonpriority creditor's name and mailing address

**Ty Pivonka**

**4830 Riva Ridge Rd**

**Rapid City**      **SD**    **57702**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,275.98**

---

**3.471** Nonpriority creditor's name and mailing address

**Tyler Gaus**

**3701 Pearl St**

**Batavia**      **NY**    **14020**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$273.99**

---

**3.472** Nonpriority creditor's name and mailing address

**Tyrus George**

**323 Penrose Dr.**

**Irwin**      **PA**    **15642**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$187.49**

Debtor   **Roberson Cartridge Co., LLC**                          Case number (if known) **22-20192-7**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.473** Nonpriority creditor's name and mailing address

**Vyacheslav Kan**

**3909 Witmer Rd**

**Niagara Falls, NY 1435**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$238.49**

---

**3.474** Nonpriority creditor's name and mailing address

**Wade Burns**

**1632 Capitol Way**

**Bismarck**          **ND**     **58501**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$506.49**

---

**3.475** Nonpriority creditor's name and mailing address

**Wallace Mclery**

**108 W. Broadway St**

**Fort Meade**         **FL**     **33841**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$438.79**

---

**3.476** Nonpriority creditor's name and mailing address

**Wayne Wilson**

**2727 Bitterroot Pl**

**Highlands Ranch**    **CO**     **80129**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$408.99**

---

Debtor    **Roberson Cartridge Co., LLC**                     Case number (if known)  **22-20192-7**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.477**   **Nonpriority creditor's name and mailing address**

**Wes Cornelius**

**PO Box 156**

**Agua Dulce, TX 78330319**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$319.33

---

**3.478**   **Nonpriority creditor's name and mailing address**

**Willard Oleson**

**2076 Summerwood Dr.**

**Farmington          UT     84025**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$268.99

---

**3.479**   **Nonpriority creditor's name and mailing address**

**Willard Ware**

**219 Cattleman Cove**

**Richmond          TX     77469**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$329.07

---

**3.480**   **Nonpriority creditor's name and mailing address**

**William Albright**

**261 Albright Rd**

**Ruffs Dale          PA     15679**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$245.49

---

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.481**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$258.49

**William Allen**

**12 Henry Ave**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

**Collegeville**            **PA**      **19426**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    ___ ___ ___ ___

☑ No
☐ Yes

---

**3.482**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$412.49

**William Anderson**

**11057 Flower Ave**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

**Fountain Valley**          **CA**      **92708**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    ___ ___ ___ ___

☑ No
☐ Yes

---

**3.483**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$420.00

**William Auger**

**15 Sinclair Ct**

**Barrie, ON L4N 5X8**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    ___ ___ ___ ___

☑ No
☐ Yes

---

**3.484**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$289.99

**William Bowman**

**3263 W. 106th St**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

**Carmel**                **IN**      **46032**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    ___ ___ ___ ___

☑ No
☐ Yes

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |
| --- | --- | --- | --- |

---

**Part 2:** **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.485** Nonpriority creditor's name and mailing address

**William Browne**

**19480 Cross Key Rd**

**Boykins** VA 23827

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

$299.99

**3.486** Nonpriority creditor's name and mailing address

**William Christianson**

**58 Valleybrook Dr.**

**Hendersonville** TN 37075

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

$313.99

**3.487** Nonpriority creditor's name and mailing address

**William Core**

**2113 A Parker Town Rd**

**Lot 1 A**

**Four Oaks** NC 27524

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

$195.99

**3.488** Nonpriority creditor's name and mailing address

**William Dover**

**256 Timbrook Farm**

**Clarkesville** GA 90523

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

$298.99

Debtor    **Roberson Cartridge Co., LLC**                                    Case number (if known)  **22-20192-7**

**Part 2:**    **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | |
|---|---|
| **3.489**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |

**William Green**

**970 S. 1500 W**

**Salt Lake City**          **UT**      **84104**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$197.49**

---

**3.490**  Nonpriority creditor's name and mailing address

**William Lewis**

**1009 Shore Bird Dr.**

**Hercules**          **CA**      **94547**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$236.99**

---

**3.491**  Nonpriority creditor's name and mailing address

**William Phillips**

**6516 Missy Dr.**

**Dallas**          **TX**      **75252**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$548.28**

---

**3.492**  Nonpriority creditor's name and mailing address

**William Reyner**

**29518 Binefield**

**Spring**          **TX**      **77386**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$437.32**

| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.493 | Nonpriority creditor's name and mailing address | | $256.99 |

As of the petition filing date, the claim is:
*Check all that apply.*

**William Whitlock**

**890 Valley Rd**

**Moorpark, CA93021**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.494 | Nonpriority creditor's name and mailing address | | $3,260.00 |

As of the petition filing date, the claim is:
*Check all that apply.*

**Xcel Energy**

**PO Box 9477**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Utilities**

**Minneapolis          MN     55484**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.495 | Nonpriority creditor's name and mailing address | | $290.49 |

As of the petition filing date, the claim is:
*Check all that apply.*

**Zixiao Zhu**

**847 NE 190th St**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Unsecured**

**Shoreline          WA     98155**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor    **Roberson Cartridge Co., LLC**                       Case number (if known)  **22-20192-7**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.    Add the amounts of priority and nonpriority unsecured claims.

**Total of claim amounts**

5a.   **Total claims from Part 1**              5a.                   **$18,991.00**

5b.   **Total claims from Part 2**              5b. **+**              **$406,420.84**

5c.   **Total of Parts 1 and 2**               5c.                   **$425,411.84**
      Lines 5a + 5b = 5c.