**Fill in this information to identify the case:**

Debtor name Roberson Cartridge Co., LLC

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known) 22-20192-7 Chapter 7

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

| | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | RO Water System. Trustee may elect to reject or accept this lease. | Canatxx Water Technology<br>PO Box 3639<br>Amarillo TX 79116 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Hyster new Forklift - Trustee may elect to reject or accept this lease. | HYG Financial Services, Inc<br>5000 Riverside Dr, Ste 300 East<br>Irving TX 75039 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Customers made deposits with purchase orders on website but unable to complete. Deposits exceed $244,000 (See attached list) | Various customers orders in progress |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Schedule G
Various Customers' orders in process

| FIRST NAME | LAST NAME | N E B | Business Street | Business City | Business St | Postal Code | TOTAL |
|---|---|---|---|---|---|---|---|
| Aaron | Nietfeld | | 48564 Range Road 235 | Leduc County, AB T4X 2T1 | Canada | | $311.00 |
| Adam | Kling | | 3 Landing Court | Litchfield | NH | 3052 | $599.99 |
| Adam | Tayler | | 1770 Front St | Lynden | WA | 98264 | $358.99 |
| Alex | Costich | | P.O. Box 1697 | Brush Prairie | WA | 98606 | $583.87 |
| Alex | Dodson | | 232 Coon Hollow Trail | Hedgesville | WV | 25427 | $302.49 |
| Alex | Klein | | 3737 Buffalo Speedway Suite 1900 | Houston | TX | 77098 | $587.99 |
| Allen | Christy | | 2600 Cherrywood Road | Minnetonka | MN | 55305 | $299.49 |
| Andrew | Lee | | 13000 Occidental Rd | Sebastopol | CA | 95472 | $502.45 |
| Andrew | Rockwell | | 2740 Inez Ct | Niles | MI | 49120 | $318.49 |
| Andrew | Sagatelian | | 1395 KOCH LN | SAN JOSE | CA | 95125-4134 | $412.49 |
| Andrzej | Dzik jurasz | | 4 Haggerty Drive | West Orange | NJ | 7052 | $409.99 |
| Angel | Foster | | 700 adella ave | Sevierville | TN | 37862 | $389.99 |
| Anthony | Long | | 173 NE Lombardy Dr | Roseburg | OR | 97470 | $322.49 |
| Anthony | Quinn | | 9700 Cliffside Dr | Irving | TX | 75063 | $313.91 |
| Anthony | Tharayil | | 4 Bridle Way | Ho Ho Kus | NJ | 7423 | $289.99 |
| Archie | Ellwood | | 7416 Mint Julep Dr. | Riverview | FL | 33578 | $239.99 |
| Arthur | Alphin | | 7679 Fieldstone Ranch Square | Vero Beach | FL | 32967 | $494.99 |
| Arthur | Alphin | | 7679 Fieldstone Ranch Square | Vero Beach | FL | 32967 | $531.00 |
| Barry | Gates | | 17350 Angelaine Way | Granada Hills | CA | 91344 | $395.49 |
| Barry | Glover | | 304 Kentwood Lane | Lexington | NC | 27295 | $302.49 |
| Barry | Millard | | 3009 W. Topeka Dr. | Phoenix | AZ | 85027-4925 | $259.99 |
| Barry | Norenberg | | 905 Mooers Ave SE | Cokato | MN | 55321 | $294.99 |
| Ben | Gurtler | | 38 HOLMES ROAD | PORTER CORNERS | NY | 12859 | $224.99 |
| Benjamin | Marjamaa | | 6803 w national ave | west allis | WI | 53214 | $302.49 |
| Bennie | Kight | | 206 N Chestnut | Troy | TN | 38260 | $505.99 |
| Benzel | Macmaster | | 5955 Joyce Way | DALLAS | TX | 75225 | $312.83 |
| Bernard | Fargen | | 7994 CALLE DE GATO | REDDING | CA | 96001 | $599.00 |
| Bernard | Fargen | | 7994 CALLE DE GATO | REDDING | CA | 96001 | $592.00 |
| Bill | Carlton | | 4888 Kennedale New Hope Rd | Fort Worth | TX | 76140 | $568.30 |
| Bill | Hamilton | | 621 Cedar St | Bellevue | ID | 83313 | $279.99 |
| Bill | Hamilton | | 621 Cedar St | Bellevue | ID | 83313 | $279.99 |

| FIRST NAME | LAST NAME | N | E | B | Business Street | Business City | Business St | Postal Code | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| Blake | Stenzel | | | | 121 West 9th Street | Mankato | MN | 56001 | $1,075.99 |
| Bob | Gibson | | | | 2000 Westfall Rd | Lovelock | NV | 89419 | $482.00 |
| Bobby | Hempfling | | | | 2 Peak Road South South Peak | Austin | TX | 78746 | $339.35 |
| Bobby | Babe | | | | 3106 Center st | Greensboro | NC | 27407 | $322.49 |
| Brad | Hensley | | | | 481 Rodalyn Dr | Boerne | TX | 78006 | $349.10 |
| Brad | Quillin | | | | 1315 Hempstead 7 | Hope | AR | 71801 | $489.99 |
| Brad | Quillin | | | | 1315 Hempstead 7 | Hope | AR | 71801 | $578.99 |
| Brent | Ravnass | | | | 1959 16TH AVE NW | TURTLE LAKE | ND | 58575 | $587.99 |
| Brett | Tapley | | | | 2246 se upchurch way | Port Orchard | WA | 98366 | $871.99 |
| Brett | Tapley | | | | 2246 se upchurch way | Port Orchard | WA | 98366 | $612.00 |
| Brett | Tapley | | | | 2246 se upchurch way | Port Orchard | WA | 98366 | $532.50 |
| Brett | Tapley | | | | 2246 se upchurch way | Port Orchard | WA | 98366 | $1,224.99 |
| Brian | Briggs | | | | 15 Sachem Hill Road | Windsor | CT | 6095 | $243.99 |
| Brian | Caffey | | | | 4575 GALISTEO LOOP | LAS CRUCES | NM | 88011 | $517.99 |
| Brian | Hammer | | | | 65 Macalester | Pueblo | CO | 81001 | $294.79 |
| Brian | Meyette | | | | 166 Skyline Drive | CORNISH | NH | 3745 | $177.49 |
| Brian | Parker | | | | 14 GREENBANK ROAD | Liskeard, NA PL14 3DP | Great Britian | | $390.00 |
| Brian | Pipes | | | | 13408 s.Al Gossett | Lone Jack | MO | 64070 | $294.99 |
| Brian | Radway | | | | 6040 Fry Road | Brook Park | OH | 44142 | $403.99 |
| Brian | Reeves | | | | 2 Wingate Way | Fort Saskatchewan, AB T8L 0W | Canada | | $280.00 |
| Brian | Silkwood | | | | 2810 Bechelli Ln. space A-6 | Redding | CA | 96002 | $199.99 |
| Bruce | Banks | | | | 2864 1/2 Casimir Drive | Grand Junction | CO | 81503 | $260.99 |
| Bruce | Lucas | | | | 387 Irving wick Dr e | Heath | OH | 43056 | $429.99 |
| Bruce | Mcmillan | | | | Po Box 21179 | Whitehorse, YT Y1A 6R1 | Canada | | $355.20 |
| Bryan | Bossier sr | | | | 2135 Coulee Crossing | Woodworth | LA | 71485 | $449.00 |
| Bryan | Bossier sr | | | | 2135 Coulee Crossing | Woodworth | LA | 71485 | $297.50 |
| Bryan | Bossier sr | | | | 2135 Coulee Crossing | Woodworth | LA | 71485 | $307.50 |
| Bryan | Lamm | | | | 23034 Indian ridge drive | Katy | TX | 77450 | $258.71 |
| Bryan | Massey | | | | 29705 Hwy 141 | Whitewater | CO | 81527 | $299.49 |
| Bryan | Massey | | | | 29705 Hwy 141 | Whitewater | CO | 81527 | $299.49 |
| Bryon | Mccall | | | | 10593 Highway 133 | Meta | MO | 65058 | $19.99 |

| FIRST NAME | LAST NAME | N E B | Business Street | Business City | Business St | Postal Code | TOTAL |
|---|---|---|---|---|---|---|---|
| Calvin | Featherly | | 213 west 5th Ave | MINONG | WI | 54859 | $494.99 |
| Carl | Nelson | | 10934 Brookfield Rd | Chatsworth | CA | 91311 | $302.49 |
| Carl | Nelson | | 10934 Brookfield Rd | Chatsworth | CA | 91311 | $302.49 |
| Carol | Oday | | 6026 Gnarled Oaks Ct. | Humble | TX | 77346 | $290.64 |
| Casey | Collins | | 7117 US-287 | Harrison | MT | 59735 | $325.99 |
| Cash | Capps | | 2620 Forest Park Dr Apt 3 | Anchorage | AK | 99517 | $204.99 |
| Charles | Bolding | | 1438 new Mexico rd. | Bowdon | GA | 30108 | $227.49 |
| Charles | Campbell | | P.O. Box 153 | Ennis | MT | 59729 | $267.92 |
| Charles | Moulis | | 5649 Dove Dr. | Milton | FL | 32571 | $213.99 |
| Charlie | Chan | | 24627 Se Hoffmeister Rd | Damascus | OR | 97089 | $2,229.99 |
| Chase | Mcevoy | | 1536 N. Westlynn | Wichita | KS | 67212 | $292.50 |
| Chris | Alvey | | 1941 S 46th st | Omaha | NE | 68106 | $187.49 |
| Chris | Conner | | 1008 Westwood Ave | CHATTANOOGA | TN | 37405 | $235.99 |
| Chris | Fredette | | 13 Lanci Lane | Albany | NY | 12205 | $328.99 |
| Chris | Salsberry | | 137 Powder Springs Loop | Myrtle Beach | SC | 29588 | $348.99 |
| Chris | Schimp | | 1705 Grayson Rd, PO Box 370 | Eldarado | IL | 62930 | $231.99 |
| Chris | Sineath | | 11 East Forsyth St. Apt 708 | Jacksonville | FL | 32202 | $537.99 |
| Chris | Zwicky | | 220 beuna Vista rd | Fleetwood | PA | 19522 | $294.99 |
| Chris | Zwicky | | 220 beuna Vista rd | Fleetwood | PA | 19522 | $269.00 |
| Chris | Zwicky | | 220 beuna Vista rd | Fleetwood | PA | 19522 | $275.00 |
| Chris | Zwicky | | 220 beuna Vista rd | Fleetwood | PA | 19522 | $275.00 |
| Christian | Duguet | | place de la prefecture 1 | charleville-mézières, 08000 | France | | $177.50 |
| Christian | Duguet | | place de la prefecture 1 | charleville-mézières, 08000 | France | | $204.99 |
| Christina | Chaney | | 3403 N Edgewater Dr | Wasilla | AK | 99623 | $220.99 |
| Christopher | Hawley | | 110 GLENDALE RD | BOYERTOWN | PA | 19512-7624 | $195.99 |
| Chuck | Muschany | | 4870 Retriever Circle | Anchorage | AK | 99502 | $791.59 |
| Cody | Moon | | 437 N 14th St | New Castle | IN | 47362 | $354.99 |
| Cody | Van dyke | | 5522 N Jameson ave | Fresno | CA | 93723 | $347.49 |
| Collin | Smipson | | 6641 Barclay Lane | Garland | TX | 75044 | $248.96 |
| Bob | Stahl | | 143 Crown Point Dr. | Bellvue | CO | 80512 | $443.49 |
| Cory | Vollmer | | 7401 cerrillos rd | Santa fe | NM | 87507 | $799.99 |

| FIRST NAME | LAST NAME | N E B | Business Street | Business City | Business St | Postal Code | TOTAL |
|---|---|---|---|---|---|---|---|
| Costel | Ionescu | | 1806 Stagecoach Trail | Round Rock | TX | 78681 | $437.32 |
| Curt | Diehl | | 8870 1st St. | St. Cloud | FL | 34773 | $204.99 |
| Curt | Gerlach | | 10 Thalia | Ladera Ranch | CA | 92694 | $367.49 |
| Curt | Newport | | 8525 Wagon Wheel Rd. | Alexandria | VA | 22309 | $403.99 |
| Dale | Guerra | | PO Box 263 | Morro bay | CA | 93443 | $302.49 |
| Dale | Pedersen | | PO Box 40 | Graham | WA | 98338 | $599.99 |
| Dale | Pedersen | | PO Box 40 | Graham | WA | 98338 | $330.00 |
| Dale | Pedersen | | PO Box 40 | Graham | WA | 98338 | $599.99 |
| Dalton | Harer | | 19 Bridle Trail | Louisburg | MO | 65685 | $244.99 |
| Dana | Regatuso | | 5330 rt 436 | Dansville | NY | 14437 | $302.49 |
| Daniel | Allison | | 10677 West 25th Ave | Lakewood | CO | 80215 | $210.99 |
| Daniel | Merritt | | 6 Marguerite | Longview | TX | 75601 | $205.00 |
| Daniel | Barbeau | | 3910, Dumouchel | Trois-Rivieres, QC G8Y 4S9 | Canada | | $356.13 |
| Daniel | Harris | | 1802 W Maryland Ave Apt 2055 | Phoenix | AZ | 85015 | $394.99 |
| Daniel | Peterson | | 4741 N Lynndale Dr | Appleton | WI | 54913 | $285.99 |
| Daniel | Werbe | | 810 S. US HWY. 421 | ZIONSVILLE | IN | 46077 | $1,217.99 |
| Danny | Gilbert | | 4603 Van Buren St. | Hays | KS | 67601 | $297.49 |
| Danny | Gilbert | | 4603 Van Buren DR | Hays | KS | 67601 | $297.49 |
| Darren | Eells | | 6120 SE 11th Ave. | Caldwell | ID | 83607 | $328.99 |
| Darren | Salyards | | 456 Spruce Hill Way | Charles Town | WV | 25414 | $302.49 |
| Darwin | Burrington | | 1903 Kingstree Ct. | Rochester Hills | MI | 48309 | $250.99 |
| Darwin | Williams | | PO Box 758 | Kentfield | CA | 94914 | $244.49 |
| Daryl | Dean | | 183 Cross Road | New Hampton | NH | 3256 | $228.99 |
| Dave | Mcleran | | 5476 sandhollow rd | new plymouth | ID | 83655 | $539.99 |
| Dave | Stoll | | 10280 Hadley Rd | Gregory | MI | 48137-9609 | $260.99 |
| Dave | Uslar | | 120 old philly pike | kempton | PA | 19529 | $243.99 |
| David | Arrington | | 2584 Edinberg Way | Florence | SC | 29501 | $403.99 |
| David | Clement | | PO Box 351 | Munfordville | KY | 42765-0351 | $307.43 |
| David | Daniels | | 255 E 750 N P O BOX 183 | Willard | UT | 84340 | $196.49 |
| David | Dentoni | (209) | P.O. Box 761 | Clements | CA | 95227 | $1,997.49 |
| David | Stark | | 168 CROYDON TURNPIKE | PLAINFIELD | NH | 3781 | $228.99 |

| FIRST NAME | LAST NAME | N E B | Business Street | Business City | Business St | Postal Code | TOTAL |
|---|---|---|---|---|---|---|---|
| Dennis | Denney | | 325 Seefried Lane | Blackfoot | ID | 83221 | $599.99 |
| Dennis | Goergen | | 13281 HIGHWAY 4 E | Ripley | MS | 38663-9339 | $193.99 |
| Dennis | Morlacci | | 214 Campbell Rd. | Boyers | PA | 16020 | $289.99 |
| Dennis | Reid | | 42 Lexington Street PO BOX 127 | Sandusky | MI | 48471 | $439.99 |
| Dirk | Zimmick | | 37535 Elizabeth Drive | Lebanon | OR | 97355 | $227.49 |
| Don | Lewis | | 127 Mountian View Dr. | Thermopolis | WY | 82443 | $1,633.99 |
| Donald | Fryer | | 704 lago vista st | San Marcos | TX | 78666 | $394.02 |
| Donald | Rice | | 15875 Lindbergh Lane | Wellington | FL | 33414 | $303.99 |
| Donald | Spence | | 26905 S STONY ISLAND AVE | CRETE | IL | 60417 | $244.99 |
| Scott | Donn | | 2381 Buck Ridge Trail | Loxahatchee | FL | 33470 | $302.49 |
| Dorje | Strang | | 100 Teapot Valley Rd | Brightwater, TM 7091 | New Zealand | | $449.00 |
| Doug | Deroy | | 1145 SE Boise St | Portland | OR | 97202 | $329.99 |
| Douglas | Powell | | 1794 Newton Dr. | Cheyenne | WY | 82001-1650 | $398.99 |
| Dustin | Addis | | 180 Sizemore Road | McDowell | KY | 41651 | $347.49 |
| Dustin | Denton | | 2155 Hwy 354 | Evening Shade | AR | 72532 | $1,247.39 |
| Dustin | Schabatka | | 5115 N. 191st dr | Litchfield Park | AZ | 85340 | $235.99 |
| Dustin | Swarthout | | 14502 east y ave | Fulton | MI | 49052 | $1,119.99 |
| Dwight | Laney | | Po box 326 | Buchtel | OH | 45716 | $578.99 |
| Easton | Harrold | | PO Box 62047 | Midland | TX | 79711 | $611.60 |
| Edward | Catalano | | 13 Ames Street Apt. #2 | Beverly | MA | 1915 | $315.99 |
| Edward | Condon | | 706 Short Beach Road | St. James | NY | 11780 | $696.49 |
| Edward | Radin | | 1049 Smith Rd | Mainesburg | PA | 16932 | $273.99 |
| Edward | Metzger | | 11698 LAKESHORE DR | GRAND HAVEN | MI | 49417 | $450.99 |
| Edward | Swartwood | | 460 Kentshire Dr | Fairbanks | AK | 99709 | $235.99 |
| Eldridge | Mount | | 4329 Emerald Hill Cir | Canandaigua | NY | 14424 | $289.99 |
| Enrique | Cuellar | | 8602 Dana Top Dr | Boerne | TX | 78015 | $1,913.31 |
| Erik | Jensen | (303) | 2072 Summit Street | Franktown | CO | 80116 | $403.99 |
| Erik | Jensen | | 2072 Summit St | Franktown | CO | 80116 | $403.99 |
| Erik | Olson | | 1813 EL DORADO TERRACE | ESCONDIDO | CA | 92025-6316 | $350.99 |
| Earnest | Mayhood | | PO Box 155 | Rio Vista | CA | 94571 | $417.99 |
| Evan | Allen | | 2115 North Nelson Street | Pampa | TX | 79065 | $548.28 |

| FIRST NAME | LAST NAME | M | E | B | Business Street | Business City | Business St | Postal Code | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| Ezekiel | Vaughan | | | | 523 Oak Hills Dr | Newark | TX | 76071 | $343.68 |
| Fallon | Kelly | | | | 316 Main Street | Lisbon | ND | 58054 | $304.99 |
| Frank | Buttenhoff | | | | 2130 Lateforest Dr. | Weatherford | TX | 76087 | $292.26 |
| Frank | Garcia | | | | 51 County Rd 630A | Frostproof | FL | 33843 | $207.49 |
| Frank | Schumacher | | | | 825 5th Ave NE | Jamestown | ND | 58401 | $231.99 |
| Frank | Smith | | | | 855 Chestnut Road | Millville | PA | 17846 | $322.49 |
| Frank | Walker | | | | 4322 Henryanna | Idaho Falls | ID | 73404 | $648.49 |
| Frank | Walker | | | | 4322 Henryanna | Idaho Falls | ID | 73404 | $289.80 |
| Gabriel | Paolieri | | | | 146 Lirios Avenue | Sacramento | CA | 95828 | $207.49 |
| Galen | Smith | | | | 3926 Trevor Ave | Cheviot | OH | 45211 | $19.99 |
| Gary | Adkison | | | | P.O. Box 873 | Craig | AK | 99921 | $289.99 |
| Gary | Collison | | | | 44111 SE TAPP RD | SANDY | OR | 97055 | $315.99 |
| Gary | Pegouskie | | | | 13646 Morris rd SE | Yelm | WA | 98597 | $253.99 |
| Gary | Pegouskie | | | | 13646 Morris rd SE | Yelm | WA | 98597 | $234.00 |
| Gary | Pegouskie | | | | 13646 Morris rd SE | Yelm | WA | 98597 | $263.99 |
| Gary | Williams | | | | 2900 FM 1478 | Lampasas | TX | 76550 | $636.50 |
| George | Chesnut | | | | 1705 Lahola Ct | Tracy | CA | 95304 | $295.99 |
| George | Goundry | | | | 26513 SE 19th CT | Sammamish | WA | 98075 | $297.49 |
| George | Goundry | | | | 26513 SE 19th CT | Sammamish | WA | 98075 | $297.49 |
| George | Goundry | | | | 26513 SE 19th CT | Sammamish | WA | 98075 | $297.49 |
| George | Goundry | | | | 26513 SE 19th CT | Sammamish | WA | 98075 | $297.49 |
| George | Houchens | | | | 11356 Tall Shadows Ct | Pinckney | MI | 48169 | $283.99 |
| Gerald | Lang | | | | 415 Cherokee Meadows Road | Livermore | CO | 80536 | $289.99 |
| Gerald | Sensenig | | | | 102 Feick Drive | Bernville | PA | 19506 | $631.99 |
| Gilbert | Hilderbrand | | | | 8300 N 620 Bld. D suite 500 | Austin | TX | 78732 | $697.12 |
| Gilbert | Hilderbrand | | | | 8300 N 620 Bld. D suite 500 | Austin | TX | 78732 | $430.40 |
| Giulio | Zaccagnini | | | | 30665 Groesbeck Hwy | roseville | MI | 48066 | $- |
| Giuseppe | Festi | | | | via s. antonio 20 20 | BORGO LARES, TN 38078 | Italy | | $560.00 |
| Glen | Mazzara | | | | 109 Goldengate Ln. | Oak Ridge | TN | 37830 | $294.99 |
| Glenn | Martin | | | | PO BOX 1230 | Ketchum | ID | 83340 | $302.49 |
| Grant | Casey | | | | 11825 Elkhart St | Brighton | CO | 80603 | $432.00 |

| FIRST NAME | LAST NAME | N | E | B | Business Street | Business City | Business St | Postal Code | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| Grant | Casey | | | | 11825 Elkhart St | Brighton | CO | 80603 | $303.99 |
| Gregg | Jensen | | | | 9546 SW Happy Days Lane | Powell Butte | OR | 97753 | $541.99 |
| Gregg | Jensen | | | | 9546 SW Happy Days Lane | Powell Butte | OR | 97753 | $540.00 |
| Gudvin | Skogen | | | | 19 Shea Way Ste 308 | Newark | DE | 19713-3452 | $529.20 |
| Gudvin | Skogen | | | | 19 Shea Way Ste 308 | Newark | DE | 19713-3452 | $316.00 |
| Gudvin | Skogen | | | | 19 Shea Way Ste 308 | Newark | DE | 19713-3452 | $205.00 |
| Gudvin | Skogen | | | | 19 Shea Way Ste 308 | Newark | DE | 19713-3452 | $205.00 |
| Gudvin | Skogen | | | | 19 Shea Way Ste 308 | Newark | DE | 19713-3452 | $781.99 |
| Hampton | Spivey | | | | 4697 Huntingwood Rd | Ramseur | NC | 27316 | $574.99 |
| Hanyang | Liu | | | | 63 Hurlingham Cres | North York | ON | M3B 2P9 | $768.00 |
| Hanyang | Liu | | | | 63 Hurlingham Cres | North York | ON | M3B 2P9 | $695.00 |
| Harley | Gardner | | | | Po Box 98 | Dove Creek | CO | 81324 | $322.49 |
| Harry | Santora | | | | 14 Caldera Place | Staten Island | NY | 10301 | $301.99 |
| Theis | Protov | | | | 48511 Hwy 437 | Enon | LA | 70438 | $297.49 |
| Hugh | English | | | | PO Box 11964 | Roanoke | VA | 24022-1964 | $265.99 |
| Hugh | English | | | | PO Box 11964 | Roanoke | VA | 24022-1964 | $265.99 |
| Mark | Lembke | | | | 23910 Sun Country Lane | Rapid City | SD | 57702 | $631.99 |
| Ion | Burdun | | | | 8531 134A Ave NW | Edmonton | | AB T5E 1L6 | $512.50 |
| Jacques | Shepperson | | | | 232 E.Java dr Sunnyvale | Sunnyvale | CA | 94089 | $299.99 |
| Jake | Daleo | | | | 4665 Washington Blvd. | Beaumont | TX | 77707 | $271.70 |
| James | Keeney | | | | 6116 Mistwood Ln | Rapidan | VA | 22733 | $295.39 |
| James | Keeney | | | | 6116 Mistwood Ln | Rapidan | VA | 22733 | $302.50 |
| James | Flores | | | | 207 wampum way | Seguin | TX | 78155 | $248.96 |
| James | Harryman | | | | 801 Mitchell ct | Cheyenne | WY | 82007 | $322.49 |
| James | Holleran | | | | 4780 pa 287 | wellsboro | PA | 16901 | $583.99 |
| James | Hurt | | | | 9620 Leeta Cornus La | Nokesville | VA | 20181 | $499.99 |
| James | Gorman | | | | 654 Hill Road | Boxborough | MA | 1719 | $460.99 |
| James | Kane | | | | 7301 E Montebello Ave | Scottsdale | AZ | 85250 | $451.99 |
| James | Martin | | | | 10072 Ecton Ln. | Jacksonville | FL | 32246-1884 | $207.49 |
| James | Mitchell | | | | 1449 ANDREWS ST NW | HARTVILLE | OH | 44632 | $315.99 |
| James | Morehouse | | | | 2327 walker lane | keokuk | IA | 52632 | $506.49 |

| FIRST NAME | LAST NAME | N E B | Business Street | Business City | Business St | Postal Code | TOTAL |
|---|---|---|---|---|---|---|---|
| James | Richards | | 7663 harrier hill road | Signal mtn | TN | 37377 | $599.99 |
| James | Stewart | | 275 strawn dr | boaz | AL | 35957 | $345.99 |
| James | Trimm | | 4316 Paxton Way | Birmingham | AL | 35242 | $674.99 |
| James | Trimm | | 4316 Paxton Way | Birmingham | AL | 35242 | $475.00 |
| James | Webb | | 2201 W Expressway 83 | McAllen | TX | 78503 | $255.46 |
| Jason | Acquistapace | | 1314 Philbric | Santa Maria | CA | 93454 | $452.49 |
| Jason | Boatright | | 2908 Dyer Street | Dallas | TX | 75205 | $638.66 |
| Jason | Hoeft | | 3447 SW Juniper Ave | Redmond | OR | 97756 | $302.49 |
| Jason | Rozell | | PO Box 78 | SOUTH MONTROSE | PA | 18843 | $240.49 |
| Jay | Strass | | 551 Rockcrusher Road | Lexington | NC | 27292 | $301.49 |
| Jerry | Noblin | | 10709 Wesley Circle | Oklahoma City | OK | 73151 | $921.24 |
| Jerry | Noblin | | 10709 Wesley Circle | Oklahoma City | OK | 73151 | $921.24 |
| Jeff | Bulger | | 22 Indian Pipe | Trabuco Canyon | CA | 92679 | $393.49 |
| Jeff | Connor | | PO Box 85086 | Fairbanks | AK | 99708 | $599.99 |
| Jeff | Rovinsky | | 25792 PRAIRESTONE DR | LAGUNA HILLS | CA | 92653 | $302.49 |
| Jeff | Solberg | | 50851 County 59 Blvd. | Kenyon | MN | 55946 | $912.99 |
| Jeffrey | Citron | | 517 S Beach Rd | Hobe Sound | FL | 33455 | $232.50 |
| Jeffrey | Doyle | | 561 county road 4906 | Troup | TX | 75789 | $258.12 |
| Jeffrey | Doyle | | 561 county road 4906 | Troup | TX | 75789 | $280.36 |
| Jeffrey | Doyle | | 561 county road 4906 | Troup | TX | 75789 | $258.99 |
| Jeffrey | Doyle | | 561 county road 4906 | Troup | TX | 75789 | $331.00 |
| Jeffrey | Keenan | | 23721 NE 48th Avenue Cabin H7 | Okeechobee | FL | 34972 | $256.00 |
| Jeffrey | Keenan | | 23721 NE 48th Avenue Cabin H7 | Okeechobee | FL | 34972 | $500.00 |
| Jeffrey | Keenan | | 23721 NE 48th Avenue Cabin H7 | Okeechobee | FL | 34972 | $310.00 |
| Jeffrey | Keenan | | 23721 NE 48th Avenue Cabin H7 | Okeechobee | FL | 34972 | $311.00 |
| Jeffrey | Keenan | | 23721 NE 48th Avenue Cabin H7 | Okeechobee | FL | 34972 | $300.00 |
| Jeffrey | Keenan | | 23721 NE 48th Avenue Cabin H7 | Okeechobee | FL | 34972 | $310.00 |
| Jeffrey | Keenan | | 23721 NE 48th Avenue Cabin H7 | Okeechobee | FL | 34972 | $307.50 |
| Jeffrey | Keenan | | 23721 NE 48th Avenue Cabin H7 | Okeechobee | FL | 34972 | $491.99 |
| Jeffrey | Mckelvy | | 12463 Caprock Crk | San Antonio | TX | 78254 | $356.13 |
| Jerome | Wilk | | 506 Saint St | RICHLAND | WA | 99354-1836 | $506.49 |

| FIRST NAME | LAST NAME | N E B | Business Street | Business City | Business St | Postal Code | TOTAL |
|---|---|---|---|---|---|---|---|
| Jerrell | Mitchell | | 80 broom Rd | Pleasanton | TX | 78064 | $344.22 |
| Jerry | Adkins | | 3547 state route 44 | Rootstown | OH | 44272 | $229.99 |
| Jerry | Gilcrease | | 14 El Arco Iris Dr | Roswell | NM | 88201 | $268.99 |
| Jerry | Rhodes | | PO BOX 97 | Beggs | OK | 74421 | $403.99 |
| Steven | Harris | | 715 Grand Ave. | Ardmore | OK | 73401 | $242.49 |
| Jethro | Allen | | 13581 Westside Calispell rd | Usk | WA | 99180 | $347.49 |
| Jim | Phraner | (607) | 30-35 Williams Street | Walton | NY | 13856 | $320.99 |
| Joe | Hancock | | 10803 Teton Ln | San Antonio | TX | 78230 | $300.92 |
| Joe | Yoder | | 35801E 275th st | Garden city | MO | 64747 | $260.99 |
| Johannas | Kalle | | 93 Ave D | Holbrook | NY | 11741 | $255.99 |
| John | Buhay | | 955 Wollups Hill Rd #17 | Stevens | PA | 17578 | $711.99 |
| John | Casagrande | | 525 Maple Ave | South San Francisco | CA | 94080 | $627.99 |
| John | Cassady | | 944 Winona Dr | Mandeville | LA | 70471 | $274.99 |
| John | Davidson | | 1826 McCoy Rd | Bear | DE | 19701 | $403.99 |
| John | Desjardins | | 2 Marseille | MONTGOMERY | TX | 77356 | $349.10 |
| John | Witherspoon | | 4075 ELMRIDGE RD | KETTERING | OH | 45429-1759 | $303.99 |
| John | Gibson | | 3015 Houfnaggle Rd | Lewisburg | WV | 24901 | $324.99 |
| John | Goetz | | 110 Springhouse Drive | Butler | PA | 16001 | $439.99 |
| John | Nuff | | P0 box 261 | Bay center | WA | 98527 | $324.99 |
| John | Hutchison | | 8 saint marks close | Thatcham, Berkshire RG19 3SZ | GB | | $340.49 |
| John | Mahathy | | 14880 Mosley Road | Stapleton | AL | 36578 | $506.49 |
| John | Marcus | | 2301 FEDERAL AVE | LOS ANGELES | CA | 90064 | $520.49 |
| John | Noble | | 204 Grove Street | Wellesley | MA | 2482 | $19.99 |
| John | Noble | | 204 Grove St | Wellesley | MA | 2482 | $19.99 |
| John | Piazza | | 1114 GROVE ST | WILLIAMSPORT | PA | 17701 | $352.90 |
| John | Plumlee | | 18128 business 13 Unit 2074 | Reeds Spring | MO | 65737 | $468.99 |
| Jon | Durbin | | 2260 Browns Creek Rd | Graysville | PA | 15337 | $701.59 |
| Jonathan | Hansen | | 2212 Livingston Ave | Missoula | MT | 59801 | $260.99 |
| Jonathan | Reyes | | 4 shady lane | Danville | IL | 61832 | $1,423.99 |
| Jonathan | Reyes | | 1305 paseo dorado | San dimas | CA | 91773 | $1,423.99 |
| Joseph | Buffington | | 36320 46th Ave. East | Eatonville | WA | 98328 | $259.99 |

| FIRST NAME | LAST NAME | M E B | Business Street | Business City | Business St | Postal Code | TOTAL |
|---|---|---|---|---|---|---|---|
| Joseph | Meibergen | | 2 Pebble Dr | Enid | OK | 73703 | $484.99 |
| Joseph | Rigler | | PO Box 1002 | Rolla | MO | 65402 | $389.99 |
| Joseph | Ruffolo | | 1112 LEISHA LN | KALISPELL | MT | 59901-6629 | $208.99 |
| Joseph | Sudduth | | 8400 county road 35 | Ethelsville | AL | 35461 | $345.99 |
| Joseph | Vasques | | 330 BELLOWS RD Box 130 | FLEISCHMANNS | NY | 12430 | $269.99 |
| Joseph | Vasques | | 330 BELLOWS RD Box 130 | FLEISCHMANNS | NY | 12430 | $559.99 |
| Joseph | Watkins | | 10011 Nw hwy 225a | Ocala | FL | 34482 | $304.99 |
| Joshua | Mignot | | 2345 Charleston Drive | State College | PA | 16801 | $291.99 |
| Joshua | Perleberg | | 2849 73rd Ave SE | Buchanan | ND | 58420 | $507.99 |
| Joshua | Shipley | | 693 Eugenia Road | Vero Beach | FL | 32963 | $391.99 |
| Jr | Watkins | | 1012 Montclair Ct | Bowling Green | KY | 42103 | $299.99 |
| Karel | Janda | | Krajková� 281 281 | Krajková 281, 35708 | Czechia | | $429.99 |
| Katie | Vandeusen | | 511 Mayfair Lane Suite 250 | Naperville | IL | 60565 | $267.49 |
| Keith | Balderston | | 33437 Hampton Rd | Eugene | OR | 97405 | $235.99 |
| Kelly | Barnes | | N14203 NORTHWAY DR | AMBERG | WI | 54102-9011 | $244.65 |
| Ken | Oilschlager | | 303 Fox Hollow | Canton | MS | 39046 | $304.99 |
| Ken | Swenson | | PO Box 294 | Orangefield | TX | 77639 | $282.52 |
| Kendall | Rinne | | 26682 Hamburger Hill Rd | Concordia | MO | 64020 | $431.99 |
| Kenneth | Schilling | | 2661 Crusader Bend | Cibolo | TX | 78108 | $346.39 |
| Kenneth | Tuckwell | | 30460 Deer Creek Rd | Ashland | WI | 54806 | $302.49 |
| Kent | Davenport | | 4340 Aukai Ave | Honolulu | HI | 96816 | $487.99 |
| Kent | Doane | | 8218 Hampton Arbor Circle | Chesterfield | VA | 23832 | $403.99 |
| Ketema | Harris | | 507 Granite Circle | Chuluota | FL | 32766 | $235.99 |
| Kevin | Coulter | | 167 Ski Hill Road | Bethany, ON L0A 1A0 | Canada | | $181.00 |
| Kevin | Fransen | | 2738 CR 152 | Kenedy | TX | 78119 | $519.59 |
| Kevin | Herrick | | 3810 Foxglove Ln. | Winnebago | IL | 61088 | $300.49 |
| Kevin | Homa | | 18 RUN ST | Pittsburghcarnegie pa | PA | 15106 | $439.99 |
| Kevin | Knowles | | 18518 48th ST NE | snohomish | WA | 98290 | $239.99 |
| Kevin | Null | | P.O. Box 756 | Ackerman | MS | 39735 | $324.99 |
| Kevin | Null | | P.O. Box 756 | Ackerman | MS | 39735 | $629.99 |
| Kevin | Null | | P.O. Box 756 | Ackerman | MS | 39735 | $629.99 |

| FIRST NAME | LAST NAME | N | E | B | Business Street | Business City | Business St | Postal Code | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| John | Mills | | | | 69 Illinois Ave Suite 5 | Warwick | RI | 2888 | $269.99 |
| Kirby | Evans | | | | 230 Harmon Rd. | MARSHALL | TX | 75672 | $378.86 |
| Kirby | Voegete | | | | 300 N. main / P.O. Box 206 | watford City | ND | 58854 | $322.49 |
| Kirk | Mccormick | | | | 4940 Sunbird Cliffs Drive | Colorado Springs | CO | 80919 | $317.49 |
| Konstantinos | Diamadis | | | | Leof Anabissoy 45km | Kalivia, I 19010 | Greece | | $567.00 |
| Kristi | Ponczak | | | | 9371 E Maple Dr | Scottsdale | AZ | 85255 | $929.99 |
| Kyle | Lewis | | | | 30303 18th ave sw | Federal way | WA | 98023 | $273.99 |
| Kyle | Yu | | | | 10 Helen Ave | Vaughan, ON L4J 1J7 | Canada | | $372.00 |
| Lance | Dorin | | | | 3181 Hungarytown Rd | Blackstone | VA | 23824 | $303.99 |
| Larry | Burdge | | | | 518 chitwood rd. | baldwin | GA | 30511 | $414.99 |
| Lee | Inglis | | | | 525 Yarrawonga Road | Benalla, VIC 3672 | Australia | | $269.00 |
| Leon | Kranen | | | | Past. Knippenberghstr.62 | Helden, NA 5988 CW | Netherlands | | $284.50 |
| Leslie | Bowes | | | | p.o. box 872 | portage la prairie, MB R1N 3C | Canada | | $199.99 |
| Lester | Mathews | | | | 2311 PINE TREE DR | Taylorville | IL | 62568 | $266.49 |
| Levi | Ross | | | | 181 Raven Rd Raven Rd | PORT TOWNSEND | VA | 98368 | $350.99 |
| Lonny | Hytrek | | | | 445 SW 24th St | Ontario | OR | 97914 | $328.99 |
| Louis | Braddi | | | | 15387 Robin Anne Lane | Monte Sereno | CA | 95030 | $580.99 |
| Lourens | Havenga | | | | 9050 Wildcat Road | Loveland | CO | 80538 | $306.49 |
| Lovas | Peter | | | | Kisfaludy u. 11 | Balatonalmádi, VE 8220 | Hungry | | $405.00 |
| Lovas | Peter | | | | Kisfaludy u. 11 | Balatonalmádi, VE 8220 | Hungry | | $349.00 |
| Lovas | Peter | | | | Kisfaludy u. 11 | Balatonalmádi, VE 8220 | Hungry | | $349.00 |
| Marc | Goldstein | | | | 3146 N Southport Ave Apt 1 | Chicago | IL | 60657 | $19.99 |
| Mark | Becker | | | | 6221 West Valley View Drive | Mountain Green | UT | 84050 | $323.99 |
| Mark | Burns | | | | 86 W. Whipp Rd. | Dayton | OH | 45459-1853 | $- |
| Mark | Coates | | | | 118 Farrell Bay | Ft.McMurray, AB T9K 1N8 | Canada | | $330.00 |
| Mark | Cordeiro | | | | 2500 Oxford Ave | Turlock | CA | 95382 | $235.99 |
| Mark | Daly | | | | 614 E 24th St | Cheyenne | WY | 82001 | $216.49 |
| Mark | Gulbrandson | | | | 7338 N Mystic Canyon Dr | Tucson | AZ | 85718 | $943.99 |
| Mark | Herfort | | | | 2200 Avenue H | Rosenberg | TX | 77471 | $386.66 |
| Mark | Mcdonald | | | | 11430 Rist Canyon Rd | Bellvue | CO | 80512 | $313.49 |
| Mark | Raymond | | | | 4000 pierce st 137 | riverside | CA | 92505 | $273.99 |

| FIRST NAME | LAST NAME | N E | B | Business Street | Business City | Business St | Postal Code | TOTAL |
|---|---|---|---|---|---|---|---|---|
| Mark | Wilkinson | | | 8 Cullen Road | Huntington | MA | 1050 | $519.99 |
| Mark | Wood | | | 3552 Hazel Grove | Regina, SK S4V 2S7 | Canada | | $405.00 |
| Marshall | Field | | | 551 5th Ave Suite 2800 | New York | NY | 10176 | $1,359.99 |
| Martin | Wade | | | 40 Hickory Lane | Watertown | TN | 37184 | $294.99 |
| Marvin | Hines | | | 18883 W Havasupia Dr | Casa Grande | AZ | 85122 | $205.99 |
| Marvin | Quillen | | | 1006 Irene Dr | Mesquite | TX | 75149-3235 | $369.12 |
| Mathew | Macphail | | | 225 Street 3018 | Bellevue, AB T0K 0C0 | Canada | | $309.00 |
| Matt | Banholzer | | | P.O. Box 265 | Rolla | MO | 65402 | $612.50 |
| Matt | Calkins | | | 9372 VISTA HILL WAY | LONE TREE | CO | 80124 | $1,511.99 |
| Matt | Kpooipz | | | 5318 S Winsor Dr. | Battlefield | MO | 65619 | $557.89 |
| Matthew | Blackall | | | 162 W King Arthur Ct | Palatine | IL | 60067 | $269.49 |
| Matthew | Blackall | | | 162 W King Arthur Ct | Palatine | IL | 60067 | $269.49 |
| Matthew | Blackall | | | 162 W King Arthur Ct | Palatine | IL | 60067 | $278.00 |
| Matthew | Blackall | | | 162 W King Arthur Ct | Palatine | IL | 60067 | $278.00 |
| Matthew | Braun | | | 9652 Yorkshire Estates Drive | St. Louis | MO | 63126-1944 | $840.49 |
| Matthew | Kurtz | | | 2312 steamboat hollow la | Wildwood | MO | 63038 | $339.49 |
| Matthew | Slover | | | 322 Barnes Lane | Butler | KY | 41006 | $423.19 |
| Maurice | Taylor | | | 32610 Autumn Forest Ct | Magnolia | TX | 77354 | $652.20 |
| Max | Liggett | | | 874 country lane | Houston | TX | 77024 | $424.33 |
| Melissa | Kish | | | 1968 Mars Hill Rd | Irwin | PA | 15642 | $288.99 |
| Michal | Hyrlik | | | 101 Morning Dove Court | Argyle | TX | 76226 | $762.72 |
| Michael | Arseneault | | | 4645 E. Coachlight Ln. | Tucson | AZ | 85718 | $387.19 |
| Michael | Bair | | | 10415 S SETTLERS BEND RD | SOUTH JORDAN | UT | 84095 | $517.99 |
| Michael | Blair | | | 10415 S SETTLERS BEND RD | SOUTH JORDAN | UT | 84095 | $517.99 |
| Michael | Carter | | | 1333 Sanden Ferry Drive | decatur | GA | 30033 | $389.99 |
| Michael | Erdman | | | 1520 Encino Drive | Escondido | CA | 92025 | $328.99 |
| Michael | Erdman | | | 1520 Encino Dr | Escondido | CA | 92025 | $328.99 |
| Michael | Haring | | | 5021 Justin street Suite B | Nacogdoches | TX | 75965 | $312.83 |
| Michael | Hicks | | | 3909 Hwy 97 | Molino | FL | 32577 | $302.49 |
| Michael | Hubert | | | 11400 Will Clayton Parkway #2204 | Humble | TX | 77346 | $376.16 |
| Michael | Irwin | | | 8794 Elmburg Road | Bagdad | KY | 40003 | $267.49 |

| FIRST NAME | LAST NAME | N | E | B | Business Street | Business City | Business St | Postal Code | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| Michael | Lastoria | | | | PO Box 438 | Omemee, ON K0L 2W0 | Canada | | $183.00 |
| Michael | Lastoria | | | | PO Box 438 | Omemee, ON K0L 2W0 | Canada | | $317.50 |
| Michael | Maynard | | | | 4939 Oat Fields Drive | Myrtle Beach | SC | 29588 | $403.99 |
| Michael | Piawlock | | | | 162 Bonanza Dr | Bryant pond | ME | 4219 | $237.49 |
| Michael | Pygram | | | | 4 Caernarvon Court | Wodonga, VIC 3690 | Australia | | $275.00 |
| Michael | Totta | | | | 12652 hubbard st | sylmar | CA | 91342 | $365.24 |
| Michael | Valek | | | | 3274 E. Los Altos Rd | Gilbert | AZ | 85297 | $569.99 |
| Michael | Watcher | | | | 1650 appaloosa dr | Sumter | SC | 29154 | $349.99 |
| Michael | Watson | | | | 3680 Randall st | Jacksonville | FL | 32205 | $434.00 |
| Micheal | Hardin | | | | 7415 E Calico Trail | Orange | CA | 92869 | $494.99 |
| Mike | Lastoria | | | | PO Box 438 | Omemee, ON K0L 2W0 | Canada | | $349.00 |
| Mike | Read | | | | 170 balmoral road | Risdon Park Port Pirie, SA 554( | Australia | | $515.00 |
| Mike | Wood | | | | po 773 | talkeetna | AK | 99676 | $569.99 |
| Mike | Wood | | | | 2732 S 820 W | Perry | UT | 84302 | $569.99 |
| Mike | Wood | | | | 2731 S 820 W | Perry | UT | | $569.99 |
| Miles | Crandall | | | | 6405 53 Ave | Ponoka, AB T4J 1T9 | Canada | | $580.00 |
| Mitch | Seil | | | | 3291 wilson creek RD | ellensburg | WA | 98926 | $268.99 |
| Mitchell | Morrison | | | | 61 sunnydale court | deatsville | AL | 36022 | $327.49 |
| Nathaniel | Kuhle | | | | 534 s washington st | CASPER | WY | 82601 | $552.49 |
| Nicholas | Sutherland | | | | 4 Zorrito Ct. | Santa Fe | NM | 87508 | $188.49 |
| Nicholas | Tuzzio | | | | 516 Long Beach rd | Island Park | NY | 11558 | $184.99 |
| Nick | Keske | | | | 9322 45th Ave N | New Hope | MN | 55428 | $288.99 |
| Nick | Marculescu | | | | 36 Henley Drive | St Catharines, ON L2N 4A9 | Canada | | $294.00 |
| Oscar | Campos | | | | Rua dr. Prior Cura Rach?o n? 46 Aguada | Agueda | NA | 3750-031 | $559.00 |
| Pat | Jenkins | | | | 2931 Driftwood Ln | Rock Springs | WY | 82901 | $559.99 |
| Pat | Rucker | | | | 90 Olympic | Wetumpaka | AL | 36093 | $539.99 |
| Pat | Rucker | | | | 90 Olympic | Wetumpaka | AL | 36093 | $539.99 |
| Patrick | Lagerstedt | | | | 244 fisher drive | Sweden | PA | 16915 | $303.55 |
| Patrick | Mcdunn | | | | 25 Franklin ST | Warren | PA | 16365 | $459.99 |
| Paul | Birmingham | | | | P.O. Box 1174 | Waterford | CA | 95386-1174 | $234.79 |
| Paul | Birmingham | | | | P.O. Box 1174 | Waterford | CA | 95386-1174 | $213.19 |

| FIRST NAME | LAST NAME | Business Street | Business City | Business St | Postal Code | TOTAL |
|---|---|---|---|---|---|---|
| Paul | Braden | 6404 W Buttercup Unit A | USAF Academy | CO | 80840 | $597.99 |
| Paul | Hoenke | 3351 hwy 2921 | De Leon | TX | 76444 | $356.13 |
| Paul | Patterson | 900 kings point court | modesto | CA | 95355 | $252.49 |
| Paul | Post | 70265 county road 18 | scottsbluff | NE | 69361 | $459.99 |
| Paul | Schydlowski | Bçlinge 552 Adressrad 2 | Örkelljunga, NA 28691 | Sweden | | $665.00 |
| Peter | Garrison | 37 coleman ave east | Chatham | NJ | 7928 | $377.99 |
| Peter | Janssen | 100 Fruit St | Peru | IL | 61354 | $768.49 |
| Peter | Sharp | P o box 15 | Weston | VT | 5161 | $4,519.99 |
| Phill | Stoker | PO box 54 | Corvallis | MT | 59828 | $326.99 |
| Phillip | Netznik | 22657 S Spencer Rd | NEW LENOX | IL | 60451 | $2,023.99 |
| Phillip | Sample | 25 Conley Dr | Floral | AR | 72534 | $297.99 |
| Pierre | Burkett | 2763 N 49th State St | Palmer | AK | 99645 | $457.50 |
| Pieter | Van jaarsveld | 519 S RD 90 W | Rexford | KS | 67753 | $529.99 |
| Pieter | Van jaarsveld | 519 S RD 90 W | Rexford | KS | 67753 | $658.00 |
| Preston | Stotts | 36555 Flight Bound Avenue | Sterling | AK | 99672 | $381.19 |
| Pro | Martusheff | P.O. Box 870636 | Wasilla | AK | 99687 | $301.70 |
| Pro | Martusheff | P.O. Box 870636 | Wasilla | AK | 99687 | $301.70 |
| Pro | Martusheff | P.O. Box 870636 | Wasilla | AK | 99687 | $321.69 |
| Pro | Martusheff | P.O. Box 870636 | Wasilla | AK | 99687 | $301.70 |
| Pro | Martusheff | P.O. Box 870636 | Wasilla | AK | 99687 | $301.70 |
| Edwin | Sunderland | 5012 - 50th Ave | Lloydminster | AB | T9V 0W7 | $175.00 |
| Quenten | Cole | 152 Locke cutoff rd | Cusick | WA | 99119 | $336.66 |
| Ralph | Granzin | 707 Sheryl Ln. | Longview | TX | 75604 | $378.88 |
| Ralph | Linaweaver | 275 Wilson Mill Rd. | Oxford | PA | 19363 | $367.49 |
| Ralph | Wong | P O Box 99 | Marana | AZ | 85653 | $345.99 |
| Randall | Kaufman | 4111 University Drive | Coral Gables | FL | 33146 | $2,071.24 |
| Randall | Sanderson | 450 Lamar Rd | Guin | AL | 35563 | $328.99 |
| Randy | Long | 207 La Jolla Dr | Newport Beach | CA | 92663-4134 | $633.99 |
| Randy | Riles | 1307 n. Canal | Carlsbad | NM | 88220 | $260.99 |
| Ranid | May | 25064 Hall Rd | Cheshire | OR | 97419-9732 | $210.99 |
| Raymond | Piatedose | 2174 W County Rd., 500 N | Shelburn | IN | 47879 | $289.99 |

| FIRST NAME | LAST NAME | N | E | B | Business Street | Business City | Business St | Postal Code | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| Reese | Ande | | | | 8008 NE West Port Madison Rd | Bainbridge Island | WA | 98110 | $297.99 |
| Rene | Kromes | | | | Dorfstrasse 11 | Stopfenreuth, NA 2292 | Austria | | $1,610.00 |
| Rene | Kromes | | | | Dorfstrasse 11 | Stopfenreuth, NA 2292 | Austria | | $3,270.00 |
| Rich | Spagna | | | | 6711 DUBLIN CENTER DR | DUBLIN | OH | 43017 | $697.99 |
| Richard | Cotton | | | | P O Box 39 | Kipling | NC | 27543 | $995.99 |
| Richard | Coxall | | | | 33895 Calle Acordarse | San Juan Capistrano | CA | 92675 | $439.99 |
| Richard | Duffy | | | | 5811 Flowing Springs Road | Shenandoah Junction | WV | 25442-4729 | $235.99 |
| Richard | Hurst | | | | 4464 s 6700 w | Hooper | UT | 84315-9757 | $599.99 |
| Richard | Long | | | | 301 Iverleigh Ln | Jacksonville | NC | 28540 | $278.99 |
| Richard | Long | | | | 2522 Leichester | Spring | TX | 77386 | $305.80 |
| Richard | Taylor | | | | 25077 Great Cove Road | McConnellsburg | PA | 17233 | $263.99 |
| Rob | Cooper | | | | 2940 Mustang Dr. | Rock Springs | WY | 82901-7150 | $637.99 |
| Rob | Mccy | | | | 12176 Tipton Highway | Tipton | MI | 49287-8712 | $579.99 |
| Robert | Armstrong | | | | 1007 Colony Dr. | New Bren | NC | 28562 | $474.99 |
| Robert | Avila | | | | Po Box 925 | Half Moon Bay | CA | 94019 | $269.49 |
| Robert | Avila | | | | Po Box 925 | Half Moon Bay | CA | 94019 | $292.00 |
| Robert | Bass | | | | 747 Shady Hillside Rd | Bozeman | MT | 59715 | $259.99 |
| Robert | Cox | | | | 123 w commerce Suite 407 | Altus | OK | 73521 | $570.99 |
| Robert | Harrison | | | | 2510 East Sunset Road Suite 5-364 | Las Vegas | NV | 89120 | $369.99 |
| Robert | Harrison | | | | 2510 East Sunset Road Suite 5-364 | Las Vegas | NV | 89120 | $369.99 |
| Robert | Kivela | | | | 305 N Auburn Ave. | Eveleth | MN | 55734 | $327.50 |
| Robert | Kivela | | | | 305 N Auburn Ave. | Eveleth | MN | 55734 | $333.99 |
| Robert | Kivela | | | | 305 N Auburn Ave. | Eveleth | MN | 55734 | $305.00 |
| Robert | Morgan ii | | | | 61 Rooster Cv | Brevard | NC | 28712 | $570.99 |
| Robert | Motheral | | | | 209 n Myrtle Ave | Monrovia | CA | 91016 | $262.49 |
| Robert | Parsons | | | | 184 Green Oaks Drive | Grayson | KY | 41143 | $245.49 |
| Robert | Parsons | | | | 184 Green Oaks Drive | Grayson | KY | 41143 | $245.49 |
| Robert | Ruhl | | | | 7961 County Road 30 | Galion | OH | 44833 | $330.00 |
| Robert | Widdop | | | | 1036 Springhouse Drive | Ambler | PA | 19002 | $238.99 |
| Robert | Zielke | | | | 701 Maple St. | Fowler | KS | 67844 | $348.99 |
| Robin | Foote | | | | 2/188 Norman Lesser Dr | St Johns, AK 1072 | New Zealand | | $521.00 |

| FIRST NAME | LAST NAME | N E B | Business Street | Business City | Business St | Postal Code | TOTAL |
|---|---|---|---|---|---|---|---|
| Robin | Foote | | 2/188 Norman Lesser Dr | St Johns, AK 1072 | New Zealand | | $420.00 |
| Rodney | Royer | | 50 Skinner Meadow Rd | Jackson | my | 59736 | $348.99 |
| Roger | Jeppson | | 2125 Eva Adams Dr | Reno | NV | 89509 | $244.99 |
| Roger | Robb | | 101 Picadilly Road | Port Matilda | PA | 16870 | $631.99 |
| Ron | Poppe | | 1321. 4th St. | Wenatchee | WA | 98801 | $224.99 |
| Ron | Hymas | | 2959 W 3825 S | West Haven | UT | 84401-6830 | $403.99 |
| Ron | Yancey | | 162 L and M Trce | Shelby | AL | 35143 | $294.99 |
| Ronald | Reu | | 57 Jewel Drive | Winfield | MO | 63389 | $291.99 |
| Rowdy | Gingerich | | 268 Little Bear Ln | Victor | MT | 59875 | $322.49 |
| Roy | Knight | | 7242 county road 331 | silt | CO | 81652 | $280.00 |
| Roy | Williams | | 66 S Skye Dr | Nampa | ID | 83651 | $305.99 |
| Russell | Scott | | 2917 W 19th Ave Trlr 43 | Kennewick | WA | 99337 | $270.00 |
| Ryan | Blair | | 11514 laurens way | MONTGOMERY | TX | 77316 | $365.02 |
| Ryan | Blair | | 11514 laurens way | MONTGOMERY | TX | 77316 | $365.02 |
| Ryan | Blair | | 11514 laurens way | MONTGOMERY | TX | 77316 | $365.02 |
| Ryan | Gutridge | | 11880 betts road | greenbrier | TN | 37073 | $199.99 |
| Ryan | Maloney | | 6 Lakeshore Drive | Newtown Square | PA | 19073 | $288.99 |
| Ryan | Schams | | N1555 Meadow Ridge Rd. | La Crosse | WI | 54601 | $489.99 |
| Salvatore | Palazzo | | 127chelsea avenue | Long Branch | NJ | 7740 | $368.99 |
| Sam | Schaefer | | 901 NE Loop 410 Suite 909 | San Antonio | TX | 78209 | $346.39 |
| Samuel | Adams | | 3225 Boxwood Drive | Montgomery | AL | 36111 | $324.79 |
| Samuel | Kurek | | 740 orchard rd | delta | PA | 17314 | $254.00 |
| Samuel | Kurek | | 740 orchard rd | delta | PA | 17314 | $278.99 |
| Scott | Baker | | p.o.box 1167 | wildomar | CA | 92595 | $840.49 |
| Scott | Crawford | | 4808 West 21st Ave | Kennewick | WA | 99338 | $671.99 |
| Scott | Lange | | 730 S Front Street | Fort Davis | TX | 79734-2047 | $222.98 |
| Scott | Sossaman | | 2795 E TAMARISK ST | Gilbert | AZ | 85296 | $- |
| Scott | Wertzberger | | 34618 K99 hwy | Alma | KS | 66401 | $300.99 |
| Scottie | Freestone | | 8752 pierce way Apt125 | Arvada | CO | 80003 | $859.99 |
| Shivroop | Gill | | 5821 Amber Ridge Dr | Bakersfield | CA | 93313 | $199.99 |
| Thomas | Sipos | | 203 6TH ST | Weatherly | PA | 18255 | $302.49 |

| FIRST NAME | LAST NAME | N E B | Business Street | Business City | Business St | Postal Code | TOTAL |
|---|---|---|---|---|---|---|---|
| Sonya | Reid | | 19321 18th Ave Ct E | Spanaway | WA | 98387 | $198.99 |
| Spencer | Brown | | 3510 James Monroe Ave | Battle Mountain | NV | 89820 | $330.99 |
| Stacy | Stagner | | 6812 FAIRWAY DR | VERNON | NY | 13476 | $357.99 |
| Stan | Peters | | 536 E 2nd Avenue | Castle Rock | CO | 80108 | $244.99 |
| Stephen | Craig | | 730 New Hampshire Street Suite 206 | Lawrence | KS | 66044 | $563.99 |
| Stephen | Ireland | | 10841 N 140th Way | Scottsdale | AZ | 85259 | $2,063.49 |
| Stephen | Templar | | 203 Gander Dr | Wexford | PA | 15090 | $467.49 |
| Steve | Greer | | 1914 Jackson Ave | Memphis | TN | 38107 | $253.49 |
| Steve | Keinath | | 0864 County Rd 339 | Parachute | CO | 81635 | $550.99 |
| Steven | Fox | | 3 French Circle | Pittsfield | NH | 3263 | $412.49 |
| Steven | Warner | | 9100 Calera Drive Unit 4 | Austin | TX | 78735 | $244.63 |
| Stewart | Clark | | 730 Horseneck Road | Waverly | WV | 26184 | $409.99 |
| John | Baker | | PO Box 10507 | Fort Smith | AR | 72917 | $778.00 |
| Taylor | Larrabee | | 2070 S Carr Street | Wasilla | AK | 99654 | $302.49 |
| Ted | Sitek | | 8320 E CITRUS WAY | SCOTTSDALE | AZ | 85250-5602 | $328.99 |
| Terrence | Rohrer | | 6 Rolling Hills Dr. | MINOT | ND | 58703-8611 | $335.99 |
| Terry | Amadon | | 543 E Boulder | McLeod | MT | 59052 | $190.99 |
| Dylan | Todd | | 1402 E GRAND AVE STE B | ARROYO GRANDE | CA | 93420 | $810.99 |
| Theodore | Condas | | 891 East Arrowhead Lane | Salt lake city | UT | 84107 | $1,189.99 |
| Thomas | Bell | | 277 Robinson Drive | Tustin | CA | 92782 | $403.99 |
| Thomas | Brotski | | N10567 County Road D | Tomahawk | WI | 54487 | $198.99 |
| Thomas | Carboy | | PO Box 313 1298 Rt. 209 | Cuddebackville | NY | 12729 | $228.99 |
| Thomas | Greer | | 514 Shadow Point | San Marcos | TX | 78666 | $274.40 |
| Thomas | Harding | | 1013 S. Jeffers St | NORTH PLATTE | NE | 69101 | $325.99 |
| Thomas | Hicks | | 470 S. Cokesbury Rd | Henderson | NC | 27537 | $330.99 |
| Thomas | Hill | | 1122 W Two Rivers Ln | Eagle | ID | 83616 | $544.99 |
| Thomas | Hill | | 1122 W Two Rivers Ln | Eagle | ID | 83616 | $544.99 |
| Thomas | Hill | | 1122 W Two Rivers Ln | Eagle | ID | 83616 | $544.99 |
| Thomas | Hill | | 1122 W Two Rivers Ln | Eagle | ID | 83616 | $544.99 |
| Thomas | Jackson | | 7407 E Superstition Dr | Kingman | AZ | 86401 | $228.99 |
| Thomas | Launstein | | 1874 Hawley Rd | Leslie | MI | 49251 | $235.99 |

| FIRST NAME | LAST NAME | N E B | Business Street | Business City | Business St | Postal Code | TOTAL |
|---|---|---|---|---|---|---|---|
| Thomas | Mcquade | | 2307 Parkwood Ave | Ann Arbor | MI | 48104 | $278.99 |
| Thomas | Obrien | | 10015 278TH AVE 10015 278th Ave. | Trevor | WI | 53179-9338 | $238.99 |
| Thomas | Pigott | | 119 Dreger Ave SE | Huntsville | AL | 35801-2049 | $368.99 |
| Thomas | Prost | | Am Hüttenbrenneranger 24 | 8045 Graz | Austria | | $180.00 |
| Thomas | Wood | | 2211 nw 119th St | Vancouver | WA | 98685 | $367.00 |
| Thomas | Woods | | 135 21st Avenue NE | Saint Petersburg | FL | 33704 | $382.99 |
| Tim | Kautiainen | | 29052 Cedar Glen Court | Santa Clarita | CA | 91390 | $184.79 |
| Tim | Morgan | | 11193 jerusalem church road | hammond | LA | 70403 | $674.99 |
| Timothy | Gorman | | 1149 SAGE ST | EVANSTON | WY | 82930 | $379.99 |
| Timothy | Harrington | | 11071 w lakeshore dr | Brimley | MI | 49715 | $804.99 |
| Todd | Brewster | | 4125 Karg Industrial Pkwy | Kent | OH | 44470 | $249.00 |
| Todd | Brewster | | 4125 Karg Industrial Pkwy | Kent | OH | 44470 | $302.49 |
| Tom | Neuburger | | 91 Lombardy Lane | Orinda | CA | 94563 | $273.99 |
| Ton | Reiter | | 109 NE Edgewater Dr | Lees Summit | MO | 64064-1533 | $389.99 |
| Tosh | Policastr | | 608 JADE RIVER CT | Roseville | CA | 95678 | $385.39 |
| Trevor | Hall | | 4980 Clifton Glendale Rd | Spartanburg | SC | 29307 | $439.99 |
| Troy | Shadoan | | 2132 W Main St Ste C | Norman | OK | 73069 | $288.99 |
| Troy | Shadoan | | 2132 W Main St Ste C | Norman | OK | 73069 | $294.99 |
| Ty | Pivonka | | 4830 Riva Ridge Rd | Rapid City | SD | 57702 | $637.99 |
| Ty | Pivonka | | 4830 Riva Ridge Rd | Rapid City | SD | 57702 | $637.99 |
| Tyler | Gaus | | 3701 Pearl St Rd | Batavia | NY | 14020 | $273.99 |
| Tyrus | George | | 323 Penrose Dr | Irwin | PA | 15642 | $187.49 |
| Jacob | Nwshaney | | 628 E Penrose Ave | Post Falls | ID | 83854 | $270.00 |
| Jacob | Nwshaney | | 628 E Penrose Ave | Post Falls | ID | 83854 | $280.99 |
| Jacob | Nwshaney | | 628 E Penrose Ave | Post Falls | ID | 83854 | $319.00 |
| Jacob | Nwshaney | | 628 E Penrose Ave | Post Falls | ID | 83854 | $310.00 |
| Vyacheslav | Kan | | 3909 witmer rd | Niagara Falls | NY | 14305 | $238.49 |
| Wade | Burns | | 1632 Capitol Way | Bismarck | ND | 58501 | $506.49 |
| Wallace | Mclery | | 108 W Broadway St | Fort Meade | FL | 33841 | $438.79 |
| Wayne | Wilson | | 2727 Bitterroot Pl | Highlands Ranch | CO | 80129 | $408.99 |
| Wes | Cornelius | | Po box 156 | Agua Dulce | TX | 78330 | $319.33 |

| FIRST NAME | LAST NAME | N | E | B | Business Street | Business City | Business St | Postal Code | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| Willard | Oleson | | | | 2076 SUMMERWOOD DR | FARMINGTON | UT | 84025 | $268.99 |
| Willard | Ware | | | | 219 Cattleman Cove | Richmond | TX | 77469 | $329.07 |
| William | Albright | | | | 261 ALBRIGHT ROAD | Ruffs Dale | PA | 15679 | $245.49 |
| William | Allen | | | | 12 Henry Ave | Collegeville | PA | 19426 | $258.49 |
| William | Anderson | | | | 11057 flower ave | Fountain valley | CA | 92708 | $412.49 |
| William | Auger | | | | 15 Sinclair ct | Barrie, ON L4N 5X8 | Canada | | $420.00 |
| William | Bowman | | | | 3263 W. 106th St. | Carmel | IN | 46032 | $289.99 |
| William | Lewis | | | | 1009 shore bird dr | Hercules | CA | 94547 | $236.99 |
| William | Christianson | | | | 58 Valleybrook Dr | Hendersonville | TN | 37075 | $313.99 |
| William | Core | | | | 2113 A PARKER TOWN RD Lot 1 A | four oaks | NC | 27524 | $195.99 |
| William | Green | | | | 970 S 1500 W | Salt Lake City | UT | 84104 | $197.49 |
| Willian | Dover | | | | 256 Timbrook Farm | Clarkesville | GA | 30523 | $298.99 |
| William | Phillips | | | | 6516 Missy Dr | Dallas | TX | 75252 | $548.28 |
| William | Reyner | | | | 29518 Binefield | Spring | TX | 77386 | $437.32 |
| William | Whitlock | | | | 890 Valley Rd | Moorpark | CA | 93021-1224 | $256.99 |
| Winston | Browne | | | | 19480 Cross key Rd | Boykins | VA | 23827 | $299.99 |
| Dewey | Youngerman | | | | 882 White Mountain Road | Naples | ID | 83847 | $365.99 |
| Zixiao | Zhu | | | | 847 NE 190th St | Shoreline | WA | 98155 | $290.49 |
| | | | | | | | | | $244,211.14 |