**Fill in this information to identify the case:**

Debtor name: Roberson Cartridge Co., LLC

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known): 22-20192-7

☐ Check if this is an amended filing

## Official Form 207

### Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

**1. Gross revenue from business**

☐ None

Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year

| | | Sources of revenue (Check all that apply) | Gross revenue (before deductions and exclusions) |
|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 01/01/2022 to Filing date | ☑ Operating a business  ☐ Other | $277,868.00 |
| For prior year: | From 01/01/2021 to 12/31/2021 | ☑ Operating a business  ☐ Other | $130,950.00 |
| For the year before that: | From 01/01/2020 to 12/31/2020 | ☑ Operating a business  ☐ Other | $270,092.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer  Check all that apply |
|---|---|---|---|---|
| 3.1. | **Concast Metal Products**  Creditor's name  _____  Street  _____  _____  City  State  ZIP Code | _____ | _____ | ☐ Secured debt  ☐ Unsecured loan repayments  ☐ Suppliers or vendors  ☐ Services  ☐ Other _____ |

Debtor   **Roberson Cartridge Co., LLC**                                  Case number (if known) __22-20192-7__
         Name

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.2. | **ANB**<br>Creditor's name<br><br>Street<br><br><br>City         State       ZIP Code | 07/11/22;<br>08/12/22;<br>9/7/22 | $37,129.00 | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.3. | **Canyon Rim Consultant**<br>Creditor's name<br><br>Street<br><br><br>City         State       ZIP Code | 07/29/22;<br>08/31/22 | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| 3.4. | **IPFS Corp**<br>Creditor's name<br><br>Street<br><br><br>City         State       ZIP Code | 08/05/22;<br>9/7/22 | $11,506.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  insurance |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Matador Brass Partners LLC**<br>Insider's name<br>**John Greer**<br>Street<br><br><br>City         State       ZIP Code<br><br>**Relationship to debtor** | 09/29/2022 | $23,850.00 | payment for Interest to Mataador |

Debtor **Roberson Cartridge Co., LLC**
        Name

Case number (if known) **22-20192-7**

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.2. | **Jeff Roberson** <br> Insider's name <br><br> Street <br><br> City   State   ZIP Code <br><br> Relationship to debtor <br> **Managing Member** | 09/19/22 | $19,000.00 | Transferred from First Bank SW to Jeff Roberson's personal account on 9/19/22. He transfered back to First Bank SW $10,000 on 09/23/22 to pay employee wages. Also, on 10/18/22, withdrew $9,800 to pay B/R attorneys fees and filing fees ($7,500 a/f & $338 filing fees); Jeff took the remainder $1962 as an offset for back wages |

5. **Repossessions, foreclosures, and returns**

   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None

6. **Setoffs**

   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Matador Brass Partners LLC** <br> Creditor's name <br><br> Street <br><br> City   State   ZIP Code | Refused to release funds from the investment account to pay payroll or the IRS. There was approximately $10,000 in that account at ANB (Investment Acct) from Matador Brass Partners. Refused to release funds to pay debts from the "Lock Box" Acct at ANB, specifically $3,000 rec'd from Lazzaroni Arms. <br> Last 4 digits of account number: XXXX- ___ ___ ___ ___ | | |
| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| **Jeff Roberson** <br> Creditor's name <br><br> Street <br><br> City   State   ZIP Code | offset for wages owed <br><br><br><br> Last 4 digits of account number: XXXX- ___ ___ ___ ___ | 10/18/2022 | $1,962.00 |

Debtor __Roberson Cartridge Co., LLC__     Case number (if known) __22-20192-7__
      Name

## Part 3: Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☑ None

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4: Certain Gifts and Charitable Contributions

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | __Jeff Reed & Heather McGuire__<br>Recipient's name<br><br>_____<br>Street<br><br>_____<br>City    State  ZIP Code | Over a period of time, believed to be approximately over $6,000. Heather McGuire owns Scorpion Balistic Invoations. | Over a 2 year period | $6,000.00 |

Recipient's relationship to debtor

_____

## Part 5: Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 206A/B *(Schedule A/B: Assets -- Real and Personal Property).* | Date of loss | Value of property lost |
|---|---|---|---|
| **Machinery crash (CNC Lathe)** | | 12000.00 | $25,000.00 |

Debtor  __Roberson Cartridge Co., LLC__                    Case number (if known) __22-20192-7__
        Name

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. __Northern Legal, PC__<br>Address<br>__3545 S. Georgia St.__<br>Street<br><br>__Amarillo__         __TX__    __79109__<br>City               State   ZIP Code<br><br>Email or website address<br><br><br>Who made the payment, if not debtor? | Bankruptcy Attorney fees of $7500<br>Filing fees of $380 | 10/18/2022 | $7,880.00 |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. __Matador Brass Partners LLC__<br>Address<br><br>Street<br><br>City         State    ZIP Code<br><br>Relationship to debtor | Took a blanket lien on all personalty in exchange for a promised 10 million dollar line of credit | 05/14/2021 | $4,300,000.00 |

Debtor  **Roberson Cartridge Co., LLC**　　　　　　　　　　　　　　Case number (if known) **22-20192-7**
　　　　Name

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.2. **Jeff Roberson** <br><br>Address <br><br>_____ <br>Street <br><br>_____  _____  _____ <br>City　　　　　State　ZIP Code <br><br>Relationship to debtor <br>_____ | **Purchased a cargo trailer used for transporting displays for trade shows. Trailer titled in Jeff Roberson's name** | **05/14/2021** | **$9,012.00** |

## Part 7:　Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. **4848 Business Park Drive** <br>Street <br><br>**Amarillo**　　　　　　　**TX**　　_____ <br>City　　　　　　　　　　State　　ZIP Code | From **2017**　　To **2019** |

| Address | Dates of occupancy |
|---|---|
| 14.2. **3806 Business Park Drive** <br>Street <br><br>**Amarillo**　　　　　　　**TX**　**79118** <br>City　　　　　　　　　　State　　ZIP Code | From **2019**　　To **2021** |

| Debtor | Roberson Cartridge Co., LLC | Case number (if known) | 22-20192-7 |
|---|---|---|---|
| | Name | | |

### Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

### Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☒ Yes. State the nature of the information collected and retained
   **EIN's and Federal Firearm Licenses for numerous clients**

   Does the debtor have a privacy policy about that information?
   ☒ No.
   ☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?
   ☐ No. Go to Part 10.
   ☐ Yes. Fill in below:

### Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☐ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Amarillo National Bank**<br>Name<br>_____<br>Street<br>_____<br>City    State   ZIP Code | John Green<br>Address | ANB Lock Box acct # 9500<br>$3,000<br>ANB Investment account #9470<br>$10,000 | ☐ No<br>☒ Yes |

Debtor **Roberson Cartridge Co., LLC**  Case number (if known) **22-20192-7**
　　　　Name

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Jeffery Roberson** (Name) <br> _____ (Street) <br> _____ <br> _____ (City) _____ (State) _____ (ZIP Code) | **14711 Garrison St** <br> **Amarillo　　TX** | See attached list of items personally belonging to Jeffery Robinson that are in the building located at , Amarillo, TX | $18,900.00 |
| **B&J Welding Supply** (Name) <br> **PO Box 3520** (Street) <br> _____ <br> **Lubbock　　TX　79452** (City) (State) (ZIP Code) | **14711 Garrison St** <br> **Amarillo　　TX　79118** | Oxygen and acetylene tanks on site. Property of B&J Welding Value unknown | _____ |
| **Canatxx Water Technology** (Name) <br> **PO Box 3639** (Street) <br> _____ <br> **Amarillo　　TX　79116** (City) (State) (ZIP Code) | **14711 Garrison St** <br> **Amarillo　　TX　79118** | RO Water System Value unknown | _____ |

Debtor  **Roberson Cartridge Co., LLC**                    Case number (if known) **22-20192-7**
       Name

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

    ☒ No
    ☐ Yes. Provide details below.

23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

    ☒ No
    ☐ Yes. Provide details below.

24. Has the debtor notified any govermental unit of any release of hazardous material?

    ☒ No
    ☐ Yes. Provide details below.

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. Other businesses in which the debtor has or has had an interest
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☒ None

26. Books, records, and financial statements

    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

    ☐ None

    | | Name and address | Dates of service | |
    |---|---|---|---|
    | 26a.1. | **Scott Brozier & Elizabeth Eaton** <br> Name <br> **Brozier & Buchanon** <br> Street <br> **320 SW 17th** <br><br> **Amarillo**        **TX**   **79101** <br> City        State   ZIP Code | From _____ | To _____ |

Debtor  **Roberson Cartridge Co., LLC**  
Name

Case number (if known) **22-20192-7**

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26b.1. | **John Greer at Matador Brass**  
Name  
_____  
Street  
_____  
_____  
City            State     ZIP Code | From _____ To _____ |
| 26b.2. | **Mike Smith at Matador Brass**  
Name  
_____  
Street  
_____  
_____  
City            State     ZIP Code | From _____ To _____ |
| 26b.3. | **Todd _____ at Matador Brass**  
Name  
_____  
Street  
_____  
_____  
City            State     ZIP Code | From _____ To _____ |
| 26b.4. | **Matthew Osteen**  
Name  
_____  
Street  
_____  
_____  
City            State     ZIP Code | From _____ To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **John Greer - Matador Brass Partners**  
Name  
**5956 Sherry Lane, Suite 1300**  
Street  
_____  
**Dallas**          **TX**     **75225**  
City            State     ZIP Code | |

Debtor **Roberson Cartridge Co., LLC**  Case number (if known) **22-20192-7**
　　　　Name

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | **Matthew Osteen** <br> Name <br><br> Street <br><br> City　　　　State　　ZIP Code | |
| 26c.3. | Name and address <br> **Jeff Roberson** <br> Name <br><br> Street <br><br> City　　　　State　　ZIP Code | If any books of account and records are unavailable, explain why |
| 26c.4. | Name and address <br> **Scott Brosier** <br> Name <br><br> Street <br><br> City　　　　State　　ZIP Code | If any books of account and records are unavailable, explain why |
| 26c.5. | Name and address <br> **Elizabeth Early** <br> Name <br><br> Street <br><br> City　　　　State　　ZIP Code | If any books of account and records are unavailable, explain why |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

　　　　Name and address

26d.1.  **Matador Brass Partners**
　　　　Name

　　　　Street

　　　　City　　　　State　　ZIP Code

　　　　Name and address

26d.2.  **Happy State Bank**
　　　　Name

　　　　Street

　　　　City　　　　State　　ZIP Code

Official Form 207　　　　Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy　　　　page 11

Debtor **Roberson Cartridge Co., LLC**
Name

Case number (if known) **22-20192-7**

Name and address

**26d.3.** **Amarillo National Bank**
Name

_____
Street

_____
_____
City            State      ZIP Code

Name and address

**26d.4.** **First Bank of SouthWest**
Name

_____
Street

_____
_____
City            State      ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No.
☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| **Elizabeth Early** | | |

Name and address of the person who has possession of inventory records

**27.1.** _____
Name

_____
Street

_____
_____
City            State      ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jeffery Roberson** | | **Managing Member** | **100%** |
| **John Greer** | | | |
| **Matthew Osteen** | | | |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

Official Form 207   Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   page 12

Debtor **Roberson Cartridge Co., LLC** _____ Case number (if known) **22-20192-7**
      Name

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Jeff Roberson** <br> Name <br><br> Street <br><br> City  State  ZIP Code <br><br> **Relationship to debtor** <br> **Member Manager** | **$165,979.00** | **Oct 2021 - Sept 2022** | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2. **Jeff Roberson** <br> Name <br><br> Street <br><br> City  State  ZIP Code <br><br> **Relationship to debtor** <br> **Managing Member** | **Cargo Trailer to Jeff $9,010.00** | | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No
☐ Yes. Identify below.

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No
☐ Yes. Identify below.

| | | | |
|---|---|---|---|
| Debtor | **Roberson Cartridge Co., LLC** | Case number (if known) | **22-20192-7** |
| | Name | | |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **11/01/2022**
             MM / DD / YYYY


X **/s/ Jeffrey Roberson**                                          Printed name  **Jeffrey Roberson**
  Signature of individual signing on behalf of the debtor

  Position or relationship to debtor  **Managing Member**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☑ No
☐ Yes

Statement Financial Affairs - #21

Jeffery Robinson - Personal Items at 14711 Garrison St, Amarillo Tx

Personal Items List

- Office
  - Books on bookshelf
  - Spotting scope
  - Large cannon shells
  - Books near coffee pot
  - Plant
  - Thermometer
  - Fan
  - Dehumidifier
  - Texas Tech lamp
  - Road sign on wall
  - Clock
  - Picture
  - Coffee cup
  - Arrowhead collection
  - Ice maker
  - Small TV on desk
  - Small wall TV
  - Dart board holder
- Shipping room
  - Small "Little Buddy Heater"
  - Propane bottle
  - Small oil heater
- Main Warehouse
  - Riding lawnmower
  - Auger
  - Stihl weed eater
  - Gas cans
  - Power washer
  - Kobalt lawn mower, weed eater, sprayer, wheelbarrow
  - Backpack leaf blower
  - Ice chest
  - Hand tools in closet
  - Toolbox
  - Trailer hitch
  - Grandfather's anvil
  - DeWalt hand tools
- Storage Room
  - Camping equipment
  - Chuck-box
  - Gun safe
  - Ice chest
  - Moving boxes with stuff in them
  - Old car fender
  - Welder
  - Books
  - Personal files
  - Wood
  - Wood lathe
  - Stepson has some items on the south end of the room
- CNC Room/Lunchroom
  - Dart board
  - Thermometer