

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed April 18, 2024

_____
**United States Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ROBERSON CARTRIDGE CO., LLC | § | CASE NO. 22-20192-RLJ-7 |
| | § | |
| | § | |
| Debtor. | § | |

### AGREED ORDER ON OBJECTION TO CLAIM NUMBER 36 OF MATADOR BRASS PARTNERS, LLC

On this day came on for consideration the objection of Kent Ries, Trustee of the referenced bankruptcy estate, to Claim Number 36 of Matador Brass Partners, LLC ("Matador"). On or about February 4, 2024, Matador amended its Claim Number 36 as a secured claim in the amount of $1,125,515.00 and a general unsecured claim in the amount of $3,500,000.00 for a total claim in the amount of $4,625,515.00. The parties agree that Matador's claim has been resolved by an Order dated August 18, 2023, and the only claim allowed is the general unsecured claim in the amount of $3,500,000.00. Matador's secured claim has been resolved through its foreclosure of its collateral. The Court finds jurisdiction over the subject matter and has been advised that the

**AGREED ORDER ON OBJECTION TO CLAIM 36 – PAGE 1**

parties have reached an agreement in response to the Trustee's Objection. The Court is of the opinion that the Objection of the Trustee is in order and the parties agreement should be allowed. It is therefore

**ORDERED, ADJUDGED AND DECREED**, that Claim Number 36 of Matador as a general unsecured claim in the amount of $3,500,000.00 is allowed and that the remainder of its claim, including its secured claim, is denied.

# # # End of Order # # #

Prepared By:

Kent Ries, Attorney at Law
State Bar No. 16914050
PO Box 3100
Amarillo, Texas 79116
(806) 242-7437
(806) 242-7440 - Fax

COUNSEL FOR TRUSTEE

**AGREED:**

By: /s/ Kent Ries
    Kent Ries, Attorney for Trustee

By: /s/ Brad Odell
    Brad Odell, Attorney for Matador Brass Partners